AO 106 (Rev. 04/10) Application for a Search Warrant

E-FILED
Wednesday, 09 May, 2018 03:42:12 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT

for the

Central District of Illinois

MAY – 9 2018

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
)  Case No. 18-MJ- 7092
Cellular Telephone Assigned Call Number )
217-622-8027 provided by Verizon, 1095 Avenue of the )
Americas, New York, New York. )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

located in the _____ Central _____ District of _____ Illinois _____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C § 846 | Conspiracy to distribute methamphetamine |
| 21 U.S.C.§ 841(a)(1) | Distribution of methamphetamine |

The application is based on these facts:
See affidavit of FBI Special Agent Mark Hill.

☑ Continued on the attached sheet.

☑ Delayed notice of 30 days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

s/MARK T. HILL

_____
*Applicant's signature*

Mark T. Hill, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

s/ERIC I. LONG

Date: 5/9/2018

_____
*Judge's signature*

City and state: Urbana, Illinois

Eric I. Long, United States Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER **217-622-8027** | Case No. _18-mj-7092_<br><br>**Filed Under Seal** |

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A SEARCH WARRANT

I, Mark T. Hill, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.       I make this affidavit in support of an application for a search warrant under Federal Rule of Criminal Procedure 41 and 18 U.S.C. §§ 2703(c)(1)(A) for information about the location of the cellular telephone assigned call number **217-622-8027** (the "**Target Cell Phone**"), whose service provider is Verizon, a wireless telephone service provider headquartered at 1095 Avenue of the Americas, New York, New York. The **Target Cell Phone** is described herein and in Attachment A, and the location information to be seized is described herein and in Attachment B.

2.       I am a Special Agent with the Federal Bureau of Investigation (FBI), and have been since March 2000. I am currently assigned to investigate complex criminal enterprises, including Drug Trafficking Organizations (DTO). During the course of these investigations, I have spoken to drug traffickers and have had the opportunity to gather information from them about how they use cellular phones to communicate with each other during the course of their drug trafficking activities.

3.       The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended

to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4.     Based on the facts set forth in this affidavit, there is probable cause to believe that violations of Title 21, United States Code, Section 841(a)(1) have been committed, are being committed, and will be committed by COURTNEY TYLER JOHNSON, and other known and unknown persons.  There is also probable cause to believe that the location information described in Attachment B will constitute evidence of these criminal violations, and will lead to the identification of individuals who are engaged in the commission of these offenses.

## PROBABLE CAUSE

5.     Federal Bureau of Investigation (FBI) Special Agent (SA) Mark Hill has been involved in the investigation concerning the sale and delivery of cocaine and cannabis by COURTNEY TYLER JOHNSON and members of his Drug Trafficking Organization (JOHNSON DTO) for the more than one year.  On March 14, 2017, CARTAVIUS FARRINGTON, identified as a member of the JOHNSON DTO, was arrested by the Decatur Police Department for possessing approximately 4 ounces of crack cocaine.  Information from a cooperating source reported that FARRINGTON was provided with cocaine by JOHNSON earlier that day.  FARRINGTON was sentenced in United States District Court in January 2018 to twenty (20) years in Federal prison stemming from this arrest.

6.     Investigators believe that JOHNSON dropped his previous cellular telephone number of 770-312-6373 after the arrest of FARRINGTON fearing that FARRINGTON was cooperating with law enforcement.  The service to 770-312-6373 was disconnected on June 2, 2017.

2

7.     Through the use of toll record analysis and the review of jail house calls associated with FARRINGTON, Investigators identified 217-464-0953 as the cellular telephone that JOHNSON started using.

8.     One jail house call revealed that a female, calling from telephone number 409-980-6940, passed JOHNSON's new cellular telephone number, 217-464-0953 to FARRINGTON.  Investigators also recognized JOHNSON's voice on subsequent jail house calls made by FARRINGTON calling 217-464-0953.

9.     An analysis of the pen register trap and trace (PR/TT) on 770-312-6373 revealed more than one hundred eighty (180) calls from January 2017 to May 2017 to 816-724-4113, a telephone registered to GARY HICKS JR., which shows an address of 296 Cove Circle in Raymore, Missouri.

10.     Toll record analysis of 816-724-4113 from April 15, 2017 through June 2, 2017 show several calls to and from JOHNSON's previous number of 770-312-6373 up until May 4, 2017.

11.     On May 4, 2017, at approximately 2:45 a.m., records show a call from 816-724-4113 to 770-312-6373 and indicate that the call was not answered.  On May 4, 2017, at approximately 2:51 a.m., records show a call from 217-464-0953 to 816-724-4113 that lasts approximately seven (7) minutes.

12.     Further analysis of the toll records of 816-724-4113 from May 5, 2017 to June 2, 2017 show no additional calls to or from 770-312-6373.  The toll records also show more than eighty (80) calls to and from 217-464-0953 during the same timeframe.

13.     FBI Kansas City has identified a high-ranking member of a DTO who is the cocaine supplier for a neighborhood-based gang who has been in contact with the telephone

3

number registered to HICKS.  Toll analysis of the Kansas City subject's phone indicates that his phone had been in contact with the telephone number belonging to HICKS more than 15 times between November 13, 2016 and February 21, 2017.  Further toll analysis has shown that HICKS' telephone number had been in contact with JOHNSON's previous telephone number (770-312-6373) and a telephone linked to TYLER WILLIAMS-HARNESS, a subject with ties to the JOHNSON DTO, more than 200 times between July 13, 2016 and March 24, 2017.

14.     Law enforcement has also identified several higher-end apartments at various locations in the Kansas City area that had been rented via email exchanges with fictitious individuals and names.  Some of the correspondence with the apartments was done with the email GBEatl@live.com, Gotti Boy Entertainment.  All identifications used were New York identifications with the same photo and fictitious information.  These apartments have no evidence of the listed renters ever living there.  Subsequent surveillance and trash pulls have indicated they are primarily utilized for narcotics storage and sales.  Surveillance has documented HICKS as the person who is going to all of the fictitiously rented apartments and paying for the rent using money orders in the fictitious renter's names.

15.     In August 2015, Kansas City Police stopped a vehicle being driven by a known gang member in the Kansas City investigation.  Surveillance has shown that this individual utilizes the "ghost" apartments rented by HICKS.  The passenger in the vehicle was identified by law enforcement as JOHNSON.  PR/TT on JOHNSON's previous telephone number revealed more than 20 contacts between this subject and JOHNSON between January 2017 and March 2017.

## BACKGROUND OF THE JOHNSON DTO

16.     Several cooperating sources that have direct access to members of the JOHNSON DTO report that JOHNSON is a major drug source for the Decatur, Illinois area, responsible for bringing 2 to 3 kilograms of cocaine and approximately 10 pounds of high grade cannabis to the Decatur, Illinois area, as often as two times a month.

17.     In September 2009, JOHNSON was stopped driving a silver-colored Chevrolet Impala displaying Illinois license plate K185360 by a Drug Enforcement Administration (DEA) Task Force Officer (TFO) on Interstate 270 and Highway 59 in Illinois. The traffic stop yielded $14,267 in United States currency and an apparent drug ledger with weight and currency amounts. A passenger in the vehicle was identified as DEANDRI L. BURTON.

18.     In January 2011, JOHNSON was arrested by the Brownsburg, Indiana Police Department after approximately thirty (30) pounds of cannabis was located in the truck of a car JOHNSON was the passenger in. JOHNSON at the time of his arrest was in possession of $1,160 in United States currency. The driver of the vehicle, who was also arrested and charged, was identified as TYLER L. WILLIAMS of Decatur, Illinois.

19.     In November 2013, Decatur Police Department conducted a traffic stop of JOHNSON on Interstate 72 in Macon County Illinois. JOHNSON was in possession of approximately $1,189 in United States currency. Officers also discovered a U.S. Postal receipt dated October 25, 2013. A United States Postal Inspector advised that the label number off the receipt in JOHNSON's possession indicated that JOHNSON sent a package to a subject named TAMARA ALLEN with an address of 230 18th Street Northwest #11320 in Atlanta, Georgia. Records show that ALLEN was arrested in January 2013 by DEA agents in Kansas City. ALLEN at the time of her arrest was in possession of $13,100 in drug proceeds.

20.      In October 2014, the Decatur Police Department was contacted by a United States
Postal Inspector regarding a seized package containing a kilogram of suspected cocaine.  The
package was addressed to a subject who resides at 955 W. Center Street, Decatur, Illinois.  The
sender name listed on the package was from a subject out of Upland, California.  Investigators
determined that another female, not the name listed on the package, was the actual resident on
W. Center Street.  The female was contacted and interviewed by law enforcement, who stated the
cocaine belonged to JOHNSON.  The female advised JOHNSON was paying her $1,000 to have
the cocaine package delivered to her address.  The female advised she had accepted one other
package for JOHNSON in the past.

21.      In June 2016, a Confidential Human Source (CHS-1), who has direct access to
several members of the JOHNSON DTO, advised he/she has purchased cocaine from
TIMOTHY EALEY, identified as a high-ranking member of JOHNSON DTO, on approximately
20 separate occasions, ranging amounts from 4 ½ to 9 ounces.  CHS-1 reported that EALEY's
source of cocaine is JOHNSON.  CHS-1 stated that EALEY told him/her that he is getting a
kilogram of cocaine at a time for $38,000 from JOHNSON.

22.      In January 2017, a CHS-2, who has direct access to several members of the
JOHNSON DTO, reported that JOHNSON has been distributing drugs in the Decatur, Illinois for
the past 7 to 10 years.  CHS-2 labeled JOHNSON as the biggest drug dealer in the Decatur area.
CHS-2 advised JOHNSON first started distributing cannabis but over the last five years
JOHNSON has really picked up his distribution of cocaine, distributing approximately five
kilograms of cocaine and 10 to 20 pounds of high grade cannabis monthly.  Approximately 2 to 3
years ago, JOHNSON's sister, GABRIELLE JOHNSON, went to California and brought back a
shipment of cannabis in her checked luggage which CHS-2 saw with an airline baggage tag

6

attached to it.  CHS-2 said the bag contained clothing but had cannabis inside.  CHS-2 is also aware of JOHNSON shipping cannabis to Decatur, Illinois via UPS.

23.     CHS-2 stated that approximately two to three years ago a subject named DARIAS GREEN accepted at least two UPS packages at 559 S. Boyd Street, Decatur, Illinois, on different occasions, containing at least five (5) pounds of cannabis.  CHS-2 advised JOHNSON paid GREEN to accept the UPS packages at this residence.

24.     Property records show that 559 S. Boyd Street is owned by GABRIELLE JOHNSON, JOHNSON's sister.

25.     On March 13, 2017, CHS-3 purchased approximately 4 grams of crack cocaine from DEANDRI BURTON, using $225 in pre-recorded money.  BURTON has been identified as a member of the JOHNSON DTO. The transaction took place in CHS-3s vehicle which was parked in an area of the 1400 block of W. King Street, Decatur, Illinois.  CHS-3 set up the meet with BURTON by calling BURTON's cellular telephone number of 217-412-2171. Surveillance was conducted throughout the duration of the transaction.  The controlled buy was recorded.

26.     On March 24, 2017, CHS-3 purchased approximately 3 grams of crack cocaine from BURTON using $225 in pre-recorded money.  The transaction took place in the CHS-3s vehicle which was parked in the area of the 800 block of W. Leafland, Decatur, Illinois.  CHS-3 set up the meet with BURTON by calling BURTON's cellular telephone number of 217-412-2171. Surveillance was conducted throughout the duration of the transaction.  The controlled buy was recorded.

27.     On July 18, 2017, CHS-4 purchased approximately 28 grams of cocaine from TIMOTHY EALEY using $1,400 in pre-recorded money.  The transaction took place in the auto shop utilized by EALEY that is in the 1200 block of N. 20th Street in Decatur, Illinois. CHS-4 set

up the meet with EALEY by calling EALEY's cellular telephone number of 217-775-7767. Surveillance was conducted throughout the duration of the transaction. The controlled buy was recorded.

28.     On July 31, 2017, CHS-4 purchased approximately 28 grams of cocaine from DALTON DREW, EALEY's son, using $1,400 in pre-recorded money. The transaction took place in DREW's vehicle which was parked on the auto shop parking lot located in the 1200 block of N. 20th Street in Decatur, Illinois. CHS-4 set up the meet with DREW by first calling EALEY's cellular telephone number of 217-775-7677. EALEY then directed CHS-4 to contact DREW. Surveillance was conducted throughout the duration of the transaction. The controlled buy was recorded.

29.     On August 2, 2017, CHS-5 purchased approximately 14 grams of cocaine from MARQUEVIN SMITH using $600 in pre-recorded money. The transaction took place while SMITH's vehicle, a black GMC SUV displaying Illinois license plate P801551, was parked in the driveway at 1324 E. Sedgwick, Decatur, Illinois. SMITH remained seated in his vehicle while CHS-5 stood outside the vehicle. CHS-5 set up the meet with SMITH by calling SMITH's cellular telephone number of 217-619-4442. Surveillance was conducted throughout the duration of the transaction. The controlled buy was recorded.

30.     Investigation has revealed that 1324 E. Sedgwick Decatur, Illinois was a residence utilized in 2017 by GUTTIERREZ COLE, a subject with ties to the JOHNSON DTO. Vehicle registration on Illinois P801551 returns on a black, 2004 GMC Carryall, registered to COLE with an address of 2810 E. Division Street Decatur, Illinois.

31.     CHS-5 has identified SMITH as being JOHNSON's number one re-distributor of cocaine in Decatur, Illinois. SMITH currently resides at 724 W. Division Street, Decatur,

8

Illinois. Surveillance revealed JOHNSON at this residence as recent as December 2017. Macon County Illinois public records of real estate show that SMITH's primary residence of 724 W. Division Street is owned by GABRIELLE JOHNSON.

32.     In August 2017, a pen register trap and trace (PR/TT) was initiated on JOHNSON's cellular telephone of 217-464-0953. Between August 16, 2017 and December 17, 2017, PR/TT data shows approximately two-hundred and eighty-one (281) contacts with 217-619-4442, the cellular telephone utilized by SMITH and approximately seventy-two (72) contacts with 217-775-7767, the cellular telephone utilized by EALEY.

33.     On September 7, 2017, CHS-3 purchased approximately 3.5 grams of crack cocaine from BURTON using $225 in pre-recorded money. The transaction took place in the CHS-3s vehicle which was parked on the parking lot of Fairies Food & Liquor located at 2975 E. Fairies Parkway in Decatur, Illinois. CHS-3 set up the meet with BURTON with calls and text messages to BURTON's cellular telephone number of 217-412-2171. Surveillance was conducted throughout the duration of the transaction. The controlled buy was recorded.

34.     On September 7, 2017, CHS-6 purchased approximately 1/8 ounce of cocaine from JESSE BRIDGE using $140 in pre-recorded money. The transaction took place at 3181 Sandcreek Road in Decatur, Illinois. Surveillance was conducted throughout the duration of the transaction. The controlled buy was recorded. CHS-6 also reported that BRIDGE is being supplied cocaine by EALEY, up to an ounce at a time. CHS-6 also reported that BRIDGE's girlfriend is related to EALEY.

35.     On October 19, 2017, CHS-6 purchased approximately 1/8 ounce of cocaine from JESSE BRIDGE using $200 in pre-recorded money. The transaction took place at 3181

9

Sandcreek Road in Decatur, Illinois. Surveillance was conducted throughout the duration of the transaction. The controlled buy was recorded.

36.    On October 20, 2017, CHS-5 purchased approximately 7 grams of cocaine from MARQUEVIN SMITH using $300 in pre-recorded money. The transaction took place in SMITH's residence of 724 W. Division Street in Decatur, Illinois. CHS-5 set up the meet with SMITH by calling SMITH's "burner" cellular telephone 217-450-7872. Surveillance was conducted throughout the duration of the transaction. The controlled buy was recorded. Investigators also identified CAMEO ERWIN, a person who has ties to the JOHNSON DTO, at the residence during this meet.

37.    Investigators have learned that JOHNSON is listed through the Georgia Corporations Division as a "General Partner" for the business, Gotti's Way Entertainment LP. TERA ROBINSON, a frequent contact of JOHNSON, is listed as the "Registered Agent." Principal office address is listed at PO Box 91313, Atlanta, Georgia 30364. Numerous sources have reported that JOHNSON's street name is "IRV" or "GOTTI." PR/TT data from 217-464-0953 between August 16, 2017 and December 17, 2017 shows one-hundred and forty (140) contacts with 678-770-3457, the telephone utilized by ROBINSON. PR/TT from 217-622-8027 **(target phone)** between January 19, 2018 and March 6, 2018 shows three-hundred and seventy-eight (378) contacts with 678-770-3457 (ROBINSON).

38.    Cooperating source reporting revealed that JOHNSON utilizes storage lockers in Decatur, Illinois to store illegal narcotics. In February 2017, JOHNSON was seen by law enforcement entering a storage facility in Decatur, Illinois. Further investigation revealed that a locker within that particular storage facility is assigned to "KATHRYN KELSHEIMER," JOHNSON's grandmother. The locker assigned to KELSHEIMER is located consistent to

where law enforcement saw the JOHNSON's vehicle was parked. Access into and out of the

facility is monitored through an access code. The access code assigned to KELSHEIMER was

used the same day and approximate time that law enforcement saw JOHNSON enter the facility.

Records indicate that the access code assigned to KELSHEIMER was used thirteen (13) times

between September 28, 2017 and November 9, 2017. Pole camera data which captures activity

outside of the locker assigned to KELSHEIMER shows JOHNSON at the locker on each of these

thirteen occasions. The visits range in time from three minutes to fifteen minutes with multiple

visits on the same day on five occasions.

39.     Throughout this investigation confidential source reporting has been consistent in

identifying JOHNSON as the main supplier of cocaine to the Macon County, Illinois area.  These

sources have also admitted to purchasing both powder and crack cocaine from JOHNSON's

main distributors.  All state that JOHNSON will not deal with any buyer direct.

40.     Investigators have identified several bank accounts of the JOHNSON DTO

members.  Investigation shows that JOHNSON is using his grandmother's name and his

mother's name on multiple cellular telephone accounts and credit card accounts.  Known

telephone numbers of JOHNSON DTO members are listed in the name of JOHNSON's

grandmother and JOHNSON's mother and the monthly charges are being paid with credit cards

in their names as well.

41.     Multiple sources have reported that JOHNSON purchased several properties in

Decatur, Illinois that he utilizes to deliver illegal drugs to via US Mail and FedEx.  Macon

County, Illinois public records list five properties in Decatur, Illinois that list JOHNSON's sister,

GABRIELLE JOHNSON, and/or TERA ROBINSON as the owner.  Investigators have

identified three additional properties in Decatur, Illinois in either JOHNSON or ROBINSON's

name associated with the company name Empire Rental Properties LLC. The company's address is an address that ROBINSON is known to use in Fairburn, Georgia.

42.     Investigation has shown that JOHNSON travels frequently by air. In February 2017, JOHNSON was in possession of five thousand dollars ($5,000) cash located in his carry-on bag prior to boarding a Delta flight from Bloomington, Illinois to New York with a scheduled stop-over in Atlanta.

43.     Records obtained from Delta Airlines show reservations under the name "COURTNEY JOHNSON" were made more than thirty (30) times in 2016 totaling more than $15,000. This same airline also reported that in January 2016, reservations in the names COURTNEY JOHNSON, TIMOTHY EALEY, CARTAVIIUS FARRINGTON, and TEVIN WILKES traveled on the same flight from St. Louis to Atlanta to Miami, then two days later all four flew together again from Miami to Minneapolis to St. Louis. A credit card with the number "5121 0719 6375 7236" was used to pay for all four reservations.

44.     The credit card with the number "5121 0719 6375 7236" was used to pay for a reservation in the name of GARY LEE HICKS. Records show that HICKS traveled roundtrip from Kansas City, Missouri to Fort Lauderdale, Florida with a stop in Atlanta, Georgia in May 2016.

45.     The credit card with the number "5121 0719 6375 7236" was used to pay for a reservation in the name DEANDRI BURTON. Records show that BURTON traveled roundtrip from St. Louis, Missouri to Los Angeles with a stop in Salt Lake City, Utah in August 2016.

46.     From August 16, 2017 through November 1, 2017, Investigators executed phone locator search & seizure warrants to capture the location of 217-464-0953. The following is a summary of data obtained from this technique from August 16, 2017 through November 1, 2017:

12

a.  From August 16, 2017 through September 14, 2017, Investigators believe that JOHNSON traveled to Miami, Florida, St. Louis, Missouri, Dallas, Texas, and Sacramento, California, along with one or two-days trips from Springfield, Illinois to the St. Louis, Missouri area and Springfield, Illinois to Decatur, Illinois.

b.  From September 15, 2017 through October 11, 2017, Investigators believe that JOHNSON traveled to Miami, Florida, St. Louis, Missouri, Las Vegas, Nevada and a same day trip from Springfield, Illinois to Kansas City, Missouri and back to Springfield, Illinois. Also during this time, it is believed that JOHNSON made several one-day trips to from Springfield, Illinois to the St. Louis, Missouri area and from Springfield, Illinois to Decatur, Illinois.

c.  From October 12, 2017 through November 1, 2017, Investigators believe that JOHNSON traveled to the San Francisco, California area and returned to Springfield, Illinois the next day. It is also believed that JOHNSON conducted a same-day trip from Springfield, Illinois to the Chicago, Illinois area, made five (5) one or two-day trips from Springfield, Illinois to the St. Louis, Missouri area, and at least seven (7) same-day trips from Springfield, Illinois to Decatur, Illinois.

47.  Investigators identified JOHNSON's primary residence as 4602 Thompson Road Springfield, Illinois. Utility record checks of that address list the resident as EUGENE COLE, date of birth listed as September 22, 1991, with a contact telephone number of 217-464-0953. Records also show that the residence moved in to the property in July 2017. Investigators also

13

2:18-mj-07092-EIL  # 1  Page 15 of 66

identified several vehicles that JOHNSON regularly uses parked in the driveway and in the garage at this location.

48.     A resident in the area of 4602 Thompson Road Springfield, Illinois reported that earlier in the summer of 2017, the owner of this property showed the residence to a tall black male who had several disfiguring scars on his face. The black male identified himself to the resident as a fitness instructor from Los Angeles.

49.     Investigators obtained a photograph from FBI Kansas City of CHAUNCEY COODY, black male, date of birth 11/21/1975. COODY is suspected of providing the false documentation to rent high-end apartments in the Kansas City area, the same apartments that GARY HICKS Jr. is paying the monthly rent for. PR/TT data from 217-464-0953 show six-hundred and eighty-eight (688) contacts with 816-724-4113 (HICKS) between August 16, 2017 and December 17, 2017.

50.     A resident in the area of 4602 Thompson Road was shown a photograph of COODY and positively identified him as the person who was with the owner of the property of 4602 Thompson Road Springfield, Illinois and who identified himself as the fitness instructor from Los Angeles. The same resident was shown a photograph of COURTNEY JOHNSON who positively identified him as the person who is living at 4602 Thompson Road Springfield, Illinois. The resident added that he has seen JOHNSON at this residence on several different occasions.

51.     Investigators executed a phone locator search and seizure warrant on 217-464-0953 and obtained data regarding location information from November 4, 2017 through December 4, 2017. Through the use of this technique, Investigators believe that JOHNSON traveled to Dallas, Texas for two days, a two-day trip to Kansas City, Missouri, a same-day trip

14

from Springfield, Illinois to Atlanta, Georgia, a same-day trip from Springfield, Illinois to Terre

Haute, Indiana, several same-day trips from Springfield, Illinois to Decatur, Illinois, and several

same-day trips from Springfield, Illinois to St. Louis, Missouri. Investigators are analyzing the

information captured from this technique, along with PR/TT data from 217-464-0953, to link

these trips to subject(s) JOHNSON is contacting and associating with during these times to

identify possible narcotics suppliers and the method of delivery being utilized by JOHNSON.

52.     On November 4, 2017, phone location data on 217-464-0953 shows the phone in

the area of Lambert Airport at 3:02 p.m., and in the area of the Dallas/ Fort Worth airport at 4:58

p.m. PR/TT data from 217-464-0953 shows contact with 816-724-4113 (HICKS) at 10:32 p.m.

53.     On November 5, 2017, phone location data on 217-464-0953 shows the phone in

the Dallas, Texas area. PR/TT data shows eight (8) contacts with 816-724-4113 (HICKS)

between 5:15 a.m. and 9:10 p.m., with 217-619-4442 (SMITH) at 7:03 p.m., and with 510-549-

6123, the cellular telephone assigned to Susan S. Eubanks, address listed in Saratoga, California,

at 9:37 p.m.

54.     On November 6, 2017, phone location data on 217-464-0953 shows the phone

near Lambert Airport in St. Louis, Missouri at 8:07 p.m. and near I-55 and Raymond, Illinois at

9:51 p.m. PR/TT data from 217-464-0953 shows contact with 217-619-4442 (SMITH) at 11:47

p.m.

55.     On November 8, 2017, phone location data on 217-464-0953 shows the phone

was in the Decatur, Illinois area between 6:54 p.m. and 8:49 p.m. and in Springfield, Illinois at

10:25 p.m.  PR/TT data from 217-4646-0953 shows contact with 217-775-7767 (EALEY) at

8:28 p.m. and with 217-619-4442 (SMITH) at 8:33 p.m. and 10:25 p.m., and with 816-724-4113

(HICKS) at 9:39 p.m.

56.     On November 9, 2017, phone location data on 217-464-0953 shows that the phone was in Springfield, Illinois from 3:39 a.m. and 9:17 a.m., in Bloomington, Illinois at 10:42 a.m., and in Decatur, Illinois between 7:25 p.m. and 9:37 p.m. PR/TT data from 217-464-0953 shows contact with 816-724-4113 (HICKS) at 8:18 p.m. and 217-775-7767 (EALEY) at 8:28 p.m. and 9:34 p.m.

57.     On November 10, 2017, phone location data on 217-464-0953 shows that the phone was in Springfield, Illinois between 7:59 a.m. and 12:13 p.m., near Mechanicsburg, Illinois at 1:25 p.m., in Decatur, Illinois between 1:45 p.m. and 8:05 p.m., and in Springfield, Illinois at 11:15 p.m.  PR/TT data from 217-464-0953 shows contact with 816-724-4113 (HICKS) five (5) times between 1:25 p.m. and 1:42 p.m., 2:42 p.m., 4:56 p.m., 5:14 p.m., 6:59 p.m., and 7:37 p.m., and with 217-619-4442 (SMITH) at 2:06 p.m., 4:42 p.m., and 5:50 p.m.

58.     On November 11, 2017, phone location data on 217-464-0953 shows that the phone was in Decatur, Illinois between 1:26 p.m. and 7:34 p.m. and in Springfield, Illinois at 8:45 p.m. PR/TT data from 217-464-0953 shows contact with 816-724-4113 (HICKS) at 6:19 p.m. and with 217-775-7767 (EALEY) at 7:07 p.m.

59.     On November 12, 2017, phone location data on 217-464-0953 shows that the phone was in Springfield, Illinois between 1:49 a.m. and 11:10 a.m., near Lambert Airport in St. Louis, Missouri at 1:04 p.m., and in Springfield, Illinois at 3:36 p.m. PR/TT data from 217-464-0953 shows contact with 816-724-4113 (HICKS) at 3:52 p.m. and 4:40 p.m.

60.     On November 13, 2017, phone location data on 217-464-0953 shows that the phone was in Springfield, Illinois between 8:21 a.m. and 2:02 p.m., in Decatur, Illinois between 3:03 p.m. and 6:48 p.m., and in Springfield, Illinois between 7:54 p.m. and 9:44 p.m.  PR/TT data from 217-464-0953 shows contact with 816-724-4113 (HICKS) at 1:23 p.m. and 2:04 p.m.

16

61.    On November 14, 2017, phone location data on 217-464-0953 shows that the phone was in Springfield, Illinois between 12:19 a.m. to 7:07 a.m., in Decatur, Illinois at 8:07 a.m., Tuscola, Illinois at 9:25 a.m., Paris, Illinois at 9:50 a.m., in Terre Haute, Indiana between 10:58 a.m. and 12:39 p.m., Tuscola, Illinois at 1:54 p.m., Decatur, Illinois between 2:44 p.m. and 8:32 p.m., and Springfield, Illinois at 10:43 p.m. PR/TT data from 217-464-0953 shows contact with 816-724-4113 (HICKS) at 4:54 p.m. and 11:57 p.m., with 217-775-7767 (EALEY) at 6:58 p.m., and with 217-619-4442 (SMITH) at 10:03 p.m.

62.    On November 15, 2017, phone location data on 217-464-0953 shows that the phone was in Springfield, Illinois between 12:04 a.m. and 12:31 p.m., in St. Louis, Missouri at 3:50 p.m., near Lambert Airport in St. Louis, Missouri at 5:21 p.m., and in Springfield, Illinois at 8:14 p.m.  PR/TT data from 217-464-0953 shows contacts with 217-775-7767 (EALEY) at 12:58 a.m., with 816-724-4113 (HICKS) at 12:03 a.m. and 4:02 a.m., and with 217-619-4442 (SMITH) at 4:48 a.m.

63.    On November 17, 2017, phone location data on 217-464-0953 shows that the phone was in Springfield, Illinois between 9:37 a.m. and 2:29 p.m., in Decatur, Illinois between 4:11 p.m. and 7:59 p.m., and in Springfield, Illinois at 10:11 p.m.

64.    On November 18, 2017, phone location data on 217-464-0953 shows that the phone was in Springfield, Illinois between 12:14 a.m. to 5:07 p.m., in Decatur, Illinois between 6:03 p.m. and 11:16 p.m., and in Springfield, Illinois at 11:31 p.m. PR/TT data from 217-464-0953 shows contacts with 816-724-4113 (HICKS) at 12:55 p.m., 2:13 p.m., and 4:51 p.m. and with 217-619-4442 (SMITH) at 6:03 p.m.

65.    On November 19, 2017, phone location data on 217-464-0953 shows that the phone was in Springfield, Illinois between 12:03 a.m. and 3:59 p.m., in the area of Lambert

17

Airport in St. Louis, Missouri at 6:25 p.m., in Springfield, Illinois at 8:36 p.m., in Decatur, Illinois at 9:30 p.m., and in Niantic, Illinois at 10:22 p.m. PR/TT data from 217-464-0953 shows contact with 816-724-4113 (HICKS) at 12:03 a.m., 11:10 a.m., 11:23 a.m., 2:08 p.m., 2:11 p.m., and 3:19 p.m.

66. On November 20, 2017, phone location data on 217-464-0953 shows that the phone was in Springfield, Illinois between 12:10 a.m. and 5:06 p.m., in Decatur, Illinois between 5:38 p.m. and 7:08 p.m., and in Springfield, Illinois between 8:13 p.m. to 9:29 p.m. PR/TT data from 217-464-0953 shows contact with 816-724-4113 (HICKS) at 1:23 p.m. and 11:52 p.m.

67. On November 21, 2017, phone location data on 217-464-0953 shows that the phone was in Springfield, Illinois at 7:08 am, near I-55 north of Edwardsville, Illinois at 8:32 a.m., near the Hartsfield-Jackson Atlanta International Airport between 11:37 a.m. and 12:22 p.m., in Campbellton, Georgia at 12:42 p.m., in Union City, Georgia at 1:03 p.m., in Sandy Springs, Georgia at 1:29 p.m., on NE Peachtree Road in Atlanta, Georgia from 1:41 p.m. to 3:26 p.m., in Buckhead, Georgia at 4:06 p.m., near 62 5th Street NW Atlanta, Georgia at 4:56 p.m., near Ridge Avenue SW Atlanta, Georgia at 5:10 p.m., near Cofield Drive near Hartsfield-Jackson Atlanta International Airport at 5:12 p.m., near Lambert Airport in St. Louis, Missouri at 8:58 p.m., in Litchfield, Illinois at 10:37 p.m., and in Springfield, Illinois at 11:39 p.m. PR/TT data from 217-464-0953 shows contact with 816-724-4113 (HICKS) at 2:24 p.m., 2:27 p.m., 3:27 p.m., and 3:29 p.m.

68. On November 22, 2017, phone location data on 217-464-0953 shows that the phone was in Springfield, Illinois between 2:26 a.m. and 9:33 p.m. PR/TT data from 217-464-0953 shows contact with 816-724-4113 (HICKS) at 1:49 p.m. and 7:23 p.m.

18

69.     On November 23, 2017, phone location data on 217-464-0953 shows that the phone was in Decatur, Illinois between 11:47 a.m. and 1:41 p.m., in Springfield, Illinois between 2:33 p.m. and 4:13 p.m., and in Decatur, Illinois between 7:30 p.m. and 11:01 p.m. PR/TT data from 217-464-0953 shows contact with 217-619-4442 (SMITH) at 12:46 p.m. and 7:30 p.m. At approximately 8:49 p.m., law enforcement saw JOHNSON and SMITH together at a retail business in Decatur, Illinois.

70.     On November 24, 2017, phone location data on 217-464-0953 shows that the phone was in Decatur, Illinois at 1:00 a.m., in Springfield, Illinois between 2:36 p.m. and 10:38 p.m. PR/TT data from 217-464-0953 shows contact with 217-619-4442 (SMITH) at 10:06 a.m. and 6:06 p.m.

71.     On November 25, 2017, phone location data on 217-464-0953 shows that the phone was in Springfield, Illinois between 1:17 a.m. 12:24 p.m., in Decatur, Illinois between 1:03 p.m. and 1:48 p.m., and in Springfield, Illinois between 3:27 p.m. and 10:40 p.m.  PR/TT data from 217-464-0953 shows contact with 816-724-4113 (HICKS) at 1:48 p.m. and 3:44 p.m.

72.     On November 26, 2017, phone location data on 217-464-0953 shows that the phone was in Springfield, Illinois at 2:01 a.m., near Lambert Airport in St. Louis, Missouri at 6:05 a.m., near Litchfield, Illinois at 7:00 a.m., in Springfield, Illinois between 11:10 a.m. and 5:15 p.m., in Decatur, Illinois between 5:51 p.m. and 7:11 p.m., and in Springfield, Illinois between 8:40 p.m. and 11:04 p.m. PR/TT data from 217-464-0953 shows contact with 816-724-4113 (HICKS) at 2:54 p.m. and 217-619-4442 (SMITH) at 7:10 p.m.

73.     On November 29, 2017, FBI Kansas City identified cellular telephone number 816-490-8079 as being utilized by GARY HICKS Jr. FBI Kansas City further identified that

19

HICKS supplied a target of an FBI Kansas City investigation with approximately sixteen (16) ounces of cocaine from October 13, 2017 through October 27, 2017.

74.     On December 1, 2017, phone location data on 217-464-0953 shows that the phone was in Springfield, Illinois between 7:59 a.m. and 10:36 a.m., in Decatur, Illinois between 11:52 a.m. and 8:59 p.m., and in Springfield, Illinois at 10:21 p.m. PR/TT data from 217-464-0953 shows contacts with 816-724-4113 (HICKS) at 9:16 a.m., 9:18 a.m., and 10:14 a.m. and with 217-619-4442 (SMITH) at 11:50 a.m.

75.     On December 2, 2017, phone location data on 217-464-0953 shows that the phone was in Springfield, Illinois between 8:40 a.m. and 11:07 a.m., near Troy, Illinois at 12:31 p.m., in Clayton, Missouri at 1:11 p.m., near Foristell, Missouri at 2:32 p.m., near Danville, Missouri at 3:00 p.m., near Booneville, Missouri at 4:08 p.m., near Odessa, Missouri at 4:54 p.m., and in the Kansas City, Missouri area between 8:18 p.m. and 11:30 p.m. PR/TT data from 217-464-0953 shows contact with 816-724-4113 (HICKS) at 8:55 a.m., 9:50 a.m., 9:48 a.m., 12:33 p.m., 4:53 p.m., 8:17 p.m., 10:56 p.m., and 11:30 p.m., and with 217-775-7136, the cellular telephone registered to "CATHERINE KELSHEIMER" but utilized by DARRYL FOSTER, a subject with ties to the JOHNSON DTO, at 8:24 p.m.

76.     PR/TT data from 217-464-0953 shows approximately two-hundred and thirty (230) contacts with 217-775-7136 (FOSTER) from August 16, 2017 through December 17, 2017.

77.     On December 2, 2017, surveillance identified JOHNSON at 7910 E. 96th Street Kansas City, Missouri, the residence of HICKS. JOHNSON was seen by law enforcement in a white Chrysler 300.

78.    On December 3, 2017, phone location data on 217-464-0953 shows that the phone was in the Kansas City area between 12:59 a.m. and 3:37 p.m., near Highway 36 in Hannibal, Missouri at 5:54 p.m., in Springfield, Illinois at 7:05 p.m., in Decatur, Illinois at 9:43 p.m., and in Springfield, Illinois at 10:32 p.m. PR/TT data from 217-464-0953 shows contacts with 816-724-4113 (HICKS) at 1:01 a.m. and 12:29 p.m., with 217-775-7136 (FOSTER) at 8:35 a.m., 10:01 a.m., 11:24 a.m., 11:33 a.m., and 11:51 a.m., and with 217-619-4442 (SMITH) at 9:53 p.m.

79.    On December 3, 2017, at approximately 9:53 p.m., surveillance saw a black Dodge Challenger, displaying Illinois license plate S16-2093, pull up at SMITH's residence of 724 W. Division Street in Decatur, Illinois. An unknown subject exited the front passenger seat and walked up toward the house. Approximately one-minute later, the front passenger side door of the vehicle closed and the vehicle drove away west on Division Street. Law enforcement has previously identified this vehicle as a vehicle that JOHNSON frequently drives. The vehicle is registered to KELSHEIMER (JOHNSON's grandmother) and GABRIELLE JOHNSON (JOHNSON's sister).

80.    On December 4, phone location data on 217-464-0953 shows that the phone was in Springfield, Illinois between 8:02 a.m. and 10:58 a.m., near Lambert Airport in St. Louis, Missouri at 2 p.m., near Divernon, Illinois at 3:49 p.m., and in Springfield, Illinois at 4:45 p.m.

81.    On December 4, 2017, CHS-3 purchased approximately 14.3 grams of crack cocaine from BURTON using $650 in pre-recorded money. The transaction took place at 1252 W. Marietta Street in Decatur, Illinois. CHS-3 set up this meet with BURTON with telephone calls and text message exchanges with BURTON at 217-412-2171 and 217-358-9191. Surveillance was conducted throughout the duration of the transaction. The controlled buy was recorded.

21

82.     Investigators executed a phone locator search and seizure warrant on 217-464-0953 obtaining location data from December 5, 2017 through December 17, 2017. Data shows that 217-464-0953 (JOHNSON) traveled to St. Louis, Missouri on two different occasions, four same-day trips from Springfield, Illinois to Decatur, Illinois, a three-day trip from Springfield, Illinois to Miami, Florida via St. Louis International Airport, and travel from Miami, Florida to Houston, Texas for one day before returning to Springfield, Illinois via St. Louis International Airport.

83.     On December 9, 2017, phone location data on 217-464-0953 shows that the phone was in Springfield, Illinois between 12:31 a.m. and 7:31 a.m., near Lambert International Airport in St. Louis, Missouri at 9:21 a.m., near the Miami International Airport at 2:38 p.m., and in the area of W. 47th Street Miami, Florida at 3:48 p.m.  PR/TT data from 217-464-0953 shows contacts with 217-619-4442 (SMITH) at 12:30 a.m., 6:34 a.m., 7:14 a.m., and 7:30 a.m., ten (10) calls to 800-433-7300, a number registered to American Airlines, between 9:52 a.m. and 10:25 a.m., with 816-724-4113 (HICKS) at 3:16 p.m., 3:29 p.m., and 3:42 p.m. and again with 217-619-4442 (SMITH) at 4:18 p.m., 4:19 p.m., and 11:04 p.m.

84.     On December 10, 2017, phone location data on 217-464-0953 shows that the phone was in the Miami Beach area between 12:08 a.m. and 9:53 p.m. PR/TT data from 217-464-0953 shows ten (10) contacts with 217-619-4442 (SMITH) between 1:28 p.m. and 11:16 p.m.

85.     On December 11, 2017, phone location data on 217-464-0953 shows that the phone was in the Miami Beach and Miramar, Florida area between 4:15 a.m. and 11:43 p.m. PR/TT data from 217-464-0953 shows ten (10) contacts with 217-619-4442 (SMITH) between 12:38 p.m. and 9:24 p.m.

22

86.     On December 11, 2107, CHS-7 stated that EALEY changed his cellular telephone number from 217-775-7767 to 217-520-4698. CHS-7 said that EALEY is frequently changing his number.

87.     On December 12, 2017, phone location data on 217-464-0953 shows that the phone was in the Miami Beach area between 12:30 a.m. and 11:36 a.m., near the Fontainebleau Miami Beach Hotel at 11:36 a.m., in North Bay Village, Florida at 12:26 p.m., in Brownsville, Florida at 12:41 p.m., and near the Miami International Airport at 12:55 p.m. PR/TT data from 217-464-0953 shows three (3) contacts with 217-619-4442 (SMITH) between 11:30 a.m. and 1:55 p.m.  Phone location data on 217-464-0953 shows that the phone was near the George Bush International Airport in Houston, Texas at 5:51 p.m. and southwest of Houston, Texas between 6:34 p.m. and 11:34 p.m.

88.     On December 13, 2017, phone location data on 217-464-0953 shows that the phone was southwest of Houston, Texas between 2:35 a.m. and 5:11 a.m., near the 6200 block of the Southwest Freeway in Houston, Texas at 12:50 p.m., near Parnell Street in Houston, Texas at 1:11 p.m., near the William R. Hobby Airport in southeast Houston, Texas between 1:44 p.m. and 3:24 p.m., in St. Louis County Missouri at 6:19 p.m., near Lambert International Airport in St. Louis, Missouri at 6:30 p.m., near I-170 east of Lambert Airport at 6:58 p.m., in Edwardsville, Illinois at 7:27 p.m., near Wabash Trail in Springfield, Illinois at 8:25 p.m., and in Springfield, Illinois between 8:32 p.m. and 10:58 p.m.

89.     On December 13, 2017, CHS-3 purchased approximately 14.5 grams of crack cocaine from BURTON using $650 in pre-recorded money.  The transaction took place in the 1600 Block of N. Union Street in Decatur, Illinois.  CHS-3 set up this meet with BURTON with telephone calls and text messages with BURTON at 217-412-2171 and 217-358-9191.

Surveillance was conducted throughout the duration of the transaction.  The controlled buy was recorded.

90.     On December 14, 2017, phone location data on 217-464-0953 shows that the phone was in Springfield, Illinois between 2:14 p.m. and 8:30 p.m. PR/TT data from 217-464-0953 show contacts with 217-619-4442 (SMITH) at 5:16 p.m. and with 816-724-4113 (HICKS) at 7:50 p.m.

91.     On December 15, 2017, phone location data on 217-464-0953 shows that the phone was in Springfield, Illinois between 10:11 a.m. and 11:18 a.m., in Niantic, Illinois at 12:07 p.m., near I-72 at exit 133 at 12:09 p.m., in Decatur, Illinois between 12:28 p.m. and 5:50 p.m., in Riverton, Illinois at 6:29 p.m., and in Springfield, Illinois between 7:22 p.m. and 9:41 p.m. PR/TT data from 217-464-0953 show contacts with 816-724-4113 (HICKS) at 12:07 p.m. and 217-619-4442 (SMITH) at 12:45 p.m., 4:32 p.m., and 9:21 p.m.

92.     On December 16, 2017, phone location data on 217-464-0953 shows that the phone was in Springfield, Illinois between 11:49 a.m. and 3:22 p.m., in Decatur, Illinois at 4:35 p.m., in Mechanicsburg, Illinois at 5:49 p.m., in Edwardsville, Illinois at 6:41 p.m., near Clayton, Missouri at 7:32 p.m., in St. Louis County at 8:01 p.m., near Fairview Heights, Illinois at 8:33 p.m. and 9:30 p.m. and in downtown St. Louis, Missouri near 7th Street at 10:26 p.m. and 11:56 p.m.  PR/TT data from 217-464-0953 show contacts with 816-724-4113 (HICKS) at 12:46 p.m., 2:02 p.m., and 2:11 p.m., with 217-619-4442 (SMITH) at 10:24 p.m., with 217-757-7136 (FOSTER) at 8:53 p.m., and with 314-655-1234, which is registered to the Hyatt Regency Hotel/ St. Louis Riverfront, at 7:57 p.m.

93.     On December 17, 2017, phone location data on 217-464-0953 shows that the phone was in downtown St. Louis, Missouri at 12:11 a.m., in St. Louis, Missouri at 2:29 a.m., in

East St. Louis, Illinois between 3:12 a.m. and 4:22 a.m., near N. 7th & 4th Streets in St. Louis, Missouri between 10:53 a.m. and 11:05 a.m., in Livingston, Illinois at 11:36 a.m., south of Springfield, Illinois at 12:17 p.m., in Springfield, Illinois between 12:38 p.m. and 7:43 p.m., in Decatur, Illinois between 8:45 p.m. and 9:35 p.m., near I-72 and Route 36 at 9:49 p.m., and in Springfield, Illinois at 10:38 p.m. PR/TT data from 217-464-0953 show contacts with 217-757-7136 (FOSTER) at 12:02 a.m. and 4:21 a.m. and with 217-619-4442 (SMITH) at 10:59 a.m., 1:44 p.m., and 6:14 p.m.

94. On December 17, 2017, at approximately 10:45 p.m., Springfield, Illinois Police (SPD) responded to the address of 4602 Thompson Road in Springfield, Illinois, the primary residence of JOHNSON, regarding a "Check on Welfare" call. The SPD investigation revealed that JOHNSON was assaulted by four unknown subjects after JOHNSON parked his red 2008 Chevy Malibu in the garage at this address. JOHNSON was forced into the back seat of the subject's vehicle while one of the subjects drove away in JOHNSON's red Malibu. Several hours later, it was reported that a subject, identified as JOHNSON, showed up at a residence in the 4000 block of Marie Drive (NE section of Springfield, Illinois) asking the home owner to use his phone. Home owner said that JOHNSON used his phone and called 217-520-4408 asking that person to come get him.

95. Investigation has revealed that 217-520-4408 is registered to "CATHERINE KELSHEIMER," JOHNSON's grandmother. Investigators believe that 217-520-4408 is being utilized by JOHNSON's mother JENNIFER FISHER and/ or FISHER's husband, SHANNON FISHER. PR/TT data from 217-464-0953 show ninety-four (94) contacts with 217-520-4408 from August 16, 2017 to December 17, 2017.

96.     JOHNSON was interviewed by SPD investigators and stated that he was assaulted by four black males who used pistols to hit him after he parked his car in his garage. JOHNSON said the subjects forced him into the back seat of a blue Chevy Malibu and hooded him. JOHNSON said they then drove to a gas station and got gas, then drove to an unknown residence where he was put into a crawl space where he remained until he was put into an SUV and driven to a location near Marie Drive in Springfield, Illinois and dumped out. JOHNSON also told SPD investigators that he was stripped down to his underwear before he was dumped out. JOHNSON told SPD investigators that he did not recognize any of the subjects and did not know why anyone would want to do this to him. JOHNSON refused to cooperate any further with investigators.

97.     The last phone locator data from 217-464-0953 was captured on December 17, 2017, at 10:37 pm showing the phone in Springfield, Illinois.

98.     On December 22, 2017, CHS-7 reported that EALEY was telling people that he spoke to JOHNSON who told him that JOHNSON was taken to a house in Decatur, Illinois and robbed of 50 pounds of cannabis and $40,000 in cash. EALEY said that JOHNSON said he did not recognize the subjects. EALEY said that JOHNSON said the subjects kept asking where "Chubb" (SMITH) and "Rico" (EALEY) were at. EALEY said that JOHNSON believes he was tracked to his house in Springfield by a tracker that someone put on his new truck.

99.     On December 22, 2017, CHS-8 reported that BURTON sells ounces of cocaine at time for $1,150 to $1,200 each. BURTON uses two cellular telephone numbers to set up deals, either 217-412-2171 or 816-406-8021. For the past three months BURTON has been meeting with customers near the intersection of Sawyer and Union Streets in Decatur, Illinois.

26

100.    PR/TT data from 217-464-0953 identified six (6) contacts with 217-622-8027.
Telephone company records show 217-622-8027 is registered to COURTNEY JOHNSON with
an address of 3808 Eagle Claw Drive Springfield, Illinois. Investigators have identified this
address as the primary address of JOHNSON's mother (JENNIFER FISHER) and her husband
SHANNON FISHER.

101.    PR/TT data from 217/619-4442 (SMITH), which was initiated in July 2017, show
more than two-hundred (200) contacts with 217-622-8027 **(target phone)** between December
18, 2017 and April 30, 2018. PR/TT data from 217-619-4442 does not show any contact with
217-464-0953 (JOHNSON) since December 17, 2017 at 6:14 p.m.

102.    Investigators reviewed a Macon County Jail recorded telephone call made on
January 6, 2018, at approximately 5:16 p.m. by inmate CARTAVIUS FARRINGTON to 217-
330-1717. The male subject who FARRINGTON was speaking with told FARRINGTON to call
"bro" at his new telephone number of 217-622-8027.

103.    Telephone company records show that 217-330-1717 is registered to WESLEY
CONSTANT, a person with ties to the JOHNSON DTO. PR/TT data from 217-464-0953
(JOHNSON), 217-619-4442 (SMITH), and 217-775-7767 (EALEY) all show recent contacts
with 217-330-1717.

104.    Investigators reviewed a Macon County Jail recorded call made on January 6,
2018, at approximately 5:25 p.m. by inmate CARTAVIUS FARRINGTON to 217-622-8027.
Investigators recognized the voice of the male who answered the telephone call as JOHNSON.
JOHNSON asked FARRINGTON if he talked to "Rico." FARRINGTON told JOHNSON he did
not have "Rico's" new number. JOHNSON told FARRINGTON that he is having surgery on

27

Monday (January 8, 2018). Investigators believe that the reason for the surgery stems from the injuries JOHNSON sustained on December 17, 2017.

105.     On January 8, 2018, Investigators obtained a GPS Locator Court Order on cellular telephone 217-412-2171, the telephone utilized by DEANDRE BURTON.

106.     On January 10, 2018, phone locator data on 217-412-2171 showed the phone near I-72 and US Highway 67 near Jacksonville, Illinois from 2:01 p.m. to 2:47 p.m.  NCIC information showed that BURTON's name was checked by the Illinois State Police (ISP) at 1:59 p.m. Contact with ISP confirmed that the ISP conducted a traffic stop on a silver-colored Buick Enclave displaying Illinois temporary license 870T968 at 1:53 p.m. on west bound I-72 near Jacksonville, Illinois and identified the driver of the Buick as MARQUEVIN SMITH along with identifying two passengers in the vehicle as DEANDRE BURTON and COURTNEY JOHNSON.  ISP reported that each subject had approximately $2,500 in cash on their person. The subjects said they were heading to Quincy, Illinois to purchase a vehicle. ISP seized approximately 8 grams of cannabis from BURTON.

107.     On January 10, 2018, phone locator data on 217-412-2171 showed the phone moving west on I-72/ Highway 36 crossing into Missouri from Illinois between 3:02 p.m. and 5:58 p.m., then reaching the area of Highway 36 and I-35, near Cameron, Missouri, at 5:58 p.m. Phone locator data showed the phone moving east on Highway 36 then onto I-72 crossing into Illinois from Missouri between 5:58 p.m. and 9:53 p.m.

108.     On January 10, 2018, at approximately 10:00 p.m., ISP confirmed the Buick was traveling east on I-72 near Barry, Illinois. At approximately 10:30 p.m., ISP confirmed the Buick was traveling east on I-72 west of the Jacksonville, Illinois exit. At approximately 10:55 p.m., ISP confirmed the Buick exited I-72 at Veterans Parkway in Springfield, Illinois. At

28

approximately 11:02 p.m., ISP conducted a traffic stop on the Buick on Veterans Parkway south of Wabash Avenue. ISP reported that BURTON was driving the Buick and SMITH was the front passenger and JOHNSON was in the back seat. ISP reported the three subjects stated that they were returning from looking at a vehicle to purchase. All three subjects still had around the same amount of US Currency as they did when they were stopped by ISP earlier in the day.

109.    Records indicate that Illinois temporary vehicle license plate 870T968 returns on a 2008 Buick Enclave registered to GUTTIERREZ COLE with an address of 2810 E. Division Street Decatur, Illinois (see paragraph 30).

110.    On January 19, 2018, a search and seizure warrant was executed on 217-622-8027 **(the target phone)** for telephone location data. Phone locator data on the target phone from January 19, 2018, starting at approximately 6:10 p.m. through February 12, 2018, shows that the target phone made same day trips from Springfield, Illinois to Chicago, Illinois and to Kansas City, Missouri, and on several occasions made same-day trips from Springfield, Illinois to Decatur, Illinois and to St. Louis, Missouri, and two trips from Springfield, Illinois to Los Angeles, California via Lambert International Airport.

111.    On January 19, 2018, a PR/TT was initiated on 217-622-8027 **(target phone).** Data obtained from this PR/TT between January 19, 2018 and April 30, 2018 show two-hundred and thirty-eight (238) contacts with 217-619-4442 (SMITH), two-hundred and thirteen (213) contacts with 816-724-4113 (HICKS), eighty-four (84) contacts with 217-412-2171 (BURTON), and seventy-four (74) contacts with 217-520-4698 (EALEY).

112.    On January 19, 2018, at approximately 2:39 p.m., surveillance shows that JOHNSON arrived at SMITH's house of 724 W. Division Street in Decatur, Illinois in a grey-colored 2017 Hyundai four-door vehicle, displaying Illinois license ZV22075 which is registered

29

to Hertz Vehicle Rentals in Des Plaines, Illinois. SMITH and JOHNSON left together in SMITH's 2008 silver-colored Buick Enclave and returned to SMITH's residence together at approximately 6:48 p.m. Phone locator data on the **target phone** shows that the phone was in Decatur, Illinois between 6:46 p.m. and 7:03 p.m. and in the Springfield, Illinois area between 7:45 p.m. and 9:23 p.m. PR/TT data on the target phone shows five (5) contacts with 217-619-4442 (SMITH) between 8:40 p.m. and 9:59 p.m. and one (1) contact with 217-412-2171 (BURTON) at 6:22 p.m.

113.    On January 20, 2018, phone location data on 217-622-8027 shows the phone in the St. Louis, Missouri area between 2:23 a.m. and 1:15 p.m. and in the Springfield, Illinois area between 2:18 p.m. and 9:52 p.m. PR/TT data shows six (6) contacts between the target phone and 217-619-4442 (SMITH) between 11:03 a.m. and 11:20 p.m. and three (3) contacts with 816-724-4113 (HICKS) between 2:22 p.m. and 6:58 p.m.

114.    On January 21, 2018, phone location data on 217-622-8027 shows the phone in the Springfield, Illinois area at 1:31 a.m., near Chicago, Illinois at 2:11 p.m., in Decatur, Illinois between 5:26 p.m. and 7:05 p.m., and in Springfield, Illinois at 10:31 p.m.  PR/TT data shows three (3) contacts between the target phone and 217-619-4442 (SMITH) between 5:26 p.m. and 6:31 p.m., two (2) contacts with 816-724-4113 (HICKS) between 1:11 a.m. and 5:52 p.m., and one (1) contact with 217-520-4698 (EALEY) at 7:04 p.m. PR/TT data also shows four (4) outgoing text messages from the target phone with no telephone number other than the target phone number captured.

115.    On January 22, 2018, phone location data on 217-622-8027 shows the phone in Springfield, Illinois between 8:13 a.m. and 1:22 p.m., in Decatur, Illinois between 1:58 p.m. and 10:19 p.m., and in Springfield, Illinois between 10:51 p.m. and 11:16 p.m.  PR/TT data shows

three (3) contacts between the target phone and 217-619-4442 (SMITH) between 2:01 p.m. and 4:27 p.m., four (4) contacts with 816-724-4113 (HICKS) between 11:10 a.m. and 8:59 p.m., to include two (2) incoming text messages, and one (1) contact with 217-520-4698 (EALEY) at 1:22 p.m. PR/TT data also shows four (4) outgoing text messages from the target phone with no telephone number other than the target phone number captured.

116.    On January 22, 2018, at approximately 5:39 p.m., surveillance showed that JOHNSON arrived at SMITH's house at 724 W. Division Street in Decatur, Illinois in a silver-colored 2009 Saturn SUV displaying Illinois license Q743867, which is registered to SHANNON FISHER with an address of 3808 Eagle Claw Drive Springfield, Illinois. Surveillance shows JOHNSON and an unknown female exit the Saturn SUV and enter 724 W. Division Street. Surveillance also shows an unknown male park a minivan behind the Saturn SUV, retrieve a large duffle bag from inside the minivan, and enter 724 W. Division Street. Approximately one minute later, surveillance shows the unknown male subject exit 724 W. Division Street, without the large duffle bag, enter the minivan and leave the area.

117.    On January 23, 2018, phone location data on 217-622-8027 shows the phone in Springfield, Illinois between 12:08 a.m. and 2:30 a.m., at Lambert Airport in St. Louis, Missouri at 12:04 p.m., at the Los Angeles International Airport between 5:15 p.m. and 6:08 p.m., and in the Los Angeles California area up until the target phone returns to the Los Angeles International Airport on January 25, 2018, at 1:34 p.m.  PR/TT data shows seven (7) contacts with 816-724-4113 (HICKS) on January 23, 2018, between 12:08 a.m. and 7:17 p.m., three (3) contacts with 816-724-4113 (HICKS) on January 24, 2018, between 1:05 a.m. and 2:46 p.m., and contacts with 816-724-4113 (HICKS) on January 25, 2018 at 1:26 p.m. and 1:28 p.m.

31

118.    On January 24, 2018, PR/TT data on 217-622-8027 **(target phone)** show eight (8) outgoing text messages from the target phone between 11:47 a.m. and 11:49 a.m. No telephone number other than the target phone number was captured in this data.

119.    On January 25, 2018, phone location data on 217-622-8027 shows the phone at the Los Angeles International Airport at 1:34 p.m., at the San Francisco International Airport between 3:58 p.m. and 7:23 p.m., and at the St. Louis International Airport between 11:16 p.m. and 11:49 p.m. PR/TT data shows one (1) contact with 816-724-4113 (HICKS) at 1:34 p.m., four (4) incoming text messages from 816-724-4113 (HICKS) between 2:51 p.m. and 3:05 p.m. and five (5) incoming text messages from 816-724-4113 (HICKS) between 3:35 p.m. and 4:06 p.m.

120.    On January 26, 2018, phone location data on 217-622-8027 shows the phone in the St. Louis, Missouri area between 12:02 a.m. and 1:00 p.m., in Springfield, Illinois between 4:51 p.m. and 6:36 p.m., in Decatur, Illinois between 7:54 p.m. and 9:47 p.m., and in Springfield, Illinois at 10:55 p.m. PR/TT data shows contact with 217-412-2171 (BURTON) at 12:25 p.m. and 9:44 p.m., contact with 816-724-4113 (HICKS) at 12:34 p.m., and contact with 217-520-4698 (EALEY) at 7:19 p.m.

121.    On January 27, 2018, phone location data on 217-622-8027 shows the phone in Springfield, Illinois between 12:28 p.m. and 10:08 p.m. and in Virden, Illinois at 11:14 p.m. PR/TT data shows contacts with 217-619-4442 (SMITH) at 2:16 p.m. and 2:25 p.m., with 217-520-4698 (EALEY) at 2:45 p.m. and 3:21 p.m., with 816-724-4113 (HICKS) at 10:16 p.m., and with 217-412-2171 (BURTON) at 10:23 p.m. and 10:52 p.m.

122.    On January 28, 2018, phone location data on 217-622-8027 shows the phone in the St. Louis, Missouri area between 1:04 a.m. and 5:59 p.m., in Decatur, Illinois between 8:34 p.m. and 10:49 p.m. and in Forsyth, Illinois at 11:14 p.m. PR/TT data shows seven (7) contacts

32

with 217-412-2171 (BURTON) between 11:55 a.m. and 10:29 p.m., with 816-724-4113

(HICKS) at 12:04 p.m. and 12:34 p.m., and with 217-619-4442 (SMITH) at 8:37 p.m.

123.   On January 29, 2018, phone location data on 217-622-8027 shows the phone in

the Decatur, Illinois area between 1:19 p.m. and 7:57 p.m. and in Springfield, Illinois at 9:13

p.m. PR/TT data shows five (5) contacts with 816-724-4113 (HICKS) between 10:54 a.m. and

9:27 p.m., ten (10) contacts with 217-619-4442 (SMITH) between 1:57 p.m. and 6:03 p.m., and

with 217-412-2171 (BURTON) at 2:56 p.m.

124.   On January 30, 2018, CHS-3 purchased approximately 29.3 grams of crack

cocaine from BURTON using $1250 in pre-recorded money.  The transaction took place at 1252

W. Marietta Street in Decatur, Illinois.  CHS-3 set up this meet with BURTON with telephone

calls and text messages with BURTON at 217-412-2171. Surveillance was conducted throughout

the duration of the transaction.  The controlled buy was recorded.

125.   On January 30, 2018, phone location data on 217-622-8027 shows the phone in

Springfield, Illinois at 1:01 p.m., in Decatur, Illinois between 2:52 p.m. and 4:54 p.m., in

Collinsville, Illinois at 8:41 p.m., and in Springfield, Illinois at 11:27 p.m. PR/TT data shows

contact with 217-619-4442 (SMITH) at 2:52 p.m.

126.   On January 31, 2018, phone location data on 217-622-8027 shows the phone in

Decatur, Illinois between 11:19 a.m. and 10:59 p.m. PR/TT data shows four (4) contacts with

217-619-4442 (SMITH) between 12:40 p.m. and 3:59 p.m., with 816-724-4113 (HICKS) at 1:41

p.m. and 2:10 p.m., and with 217-412-2171 (BURTON) at 7:34 p.m.

127.   On January 31, 2018, Investigators were notified of a money seizure by the

Nevada Highway Patrol (NHP) in the amount of $754,294 that occurred on December 18, 2018

near Reno, Nevada. NHP conducted a traffic stop of a black, 2017 GMC Yukon SUV with

Florida license plate GIEX58 as the vehicle was traveling west toward the California state line from Reno, Nevada. The NHP investigation identified the driver and only occupant as MARK D. CARTER with an address of 1257 Whispering Pines in St. Louis, Missouri. The NHP investigation lead to the discovery of $754,294 located in the back of the SUV driven by CARTER. CARTER told the NHP Trooper that he received some of the money from "ERVE" and "JAMES."

128.    On January 31, 2018, Investigators received information from the DEA, Reno Nevada office, who assisted the NHP in the seizure of the $754,294. The DEA provided the vehicle rental agreement on the black, 2017 GMC Yukon SUV driven by CARTER. Information from the rental agreement shows that the vehicle was rented from the St. Louis International Airport on December 17, 2017 at 12:20 a.m. by MARK CARTER.

129.    PR/TT data on JOHNSON's previous cellular telephone of 217-464-0953 shows contact with two cellular telephones, 314-343-6064 and 314-682-8788, both which are registered to MARK D. CARTER with an address of 1257 Whispering Pines Drive in St. Louis, Missouri. PR/TT data on 217-464-0953 (JOHNSON) between August 18, 2017 and December 17, 2017 shows forty-six (46) contacts with 314-343-6064 and seventeen (17) contacts with 314-682-8788. The last contact between 217-464-0953 and 314-343-6064 was on December 16, 2017 at 5:10 p.m. and the last contact between 217-464-0953 and 314-682-8788 was on December 12, 2017 at 4:05 p.m.

130.    On January 31, 2018, Investigators received information regarding the U.S. Department of Homeland Security laboratory report of evidence submitted by the NHP, specifically seven Foodsaver bags and two Ziploc vacuum seal bags, that the seized $754,294 was wrapped in.  Laboratory report findings indicate a presence of thirty-five (35) latent prints

34

and five (5) palm prints. Searches conducted by the laboratory identified two subjects as candidates for comparison; COURTNEY TYLER JOHNSON – FBI# 129820KD0; and JAMES N. ALLEN – FBI# 644432VB9.

131.    Investigation has revealed that JAMES N. ALLEN is a subject out of the Kansas City area who utilizes cellular telephone 913-325-7956 that is registered to ALLEN CONCRETE / MARK FIELDS with an address of 8321 Isabel Street Kansas City, Kansas. PR/TT data on JOHNSON's previous cellular telephone of 217-464-0953 shows more than one-hundred and twenty (120) contacts with 913-325-7956 between August 18, 2017 and December 17, 2017. PR/TT data on 217-622-8027 (target phone) shows one-hundred and four (104) contacts with 913-325-7956 between January 19, 2018 and April 30, 2018.

132.    On January 31, 2018, at approximately 2:03 p.m., surveillance showed that JOHNSON arrived at SMITH's house at 724 W. Division Street, Decatur, Illinois in a silver-colored, 2017 Toyota Corolla with Florida license plate 918 KUX, which is registered to PV Holding Group, Orlando, Florida. At approximately 8:43 p.m. the Toyota Corolla was still parked at 724 W. Division Street. At approximately 9:47 p.m., surveillance showed a white, 2016 Chevy Impala with Illinois license plate AM74121 arrive and stop on the street in front of 724 W. Division Street. No one exited the vehicle. Less than one minute later, surveillance identified JOHNSON as he walked up to the vehicle, opened the rear driver's side door and lean into the vehicle. JOHNSON then pulled away from the vehicle, closed the vehicle door, and walked back toward the front of 724 W. Division Street. Approximately one minute later, surveillance watched as JOHNSON returned to the vehicle carrying a large bag then enters the back seat of the vehicle by way of the rear driver's side door. Approximately three minutes later, JOHNSON exits the vehicle without the bag and walks toward 724 W. Division Street. The 2016

35

Chevy Impala then pulled away. At approximately 11:10 p.m., a traffic stop was conducted on the white, 2016 Chevy Impala with Illinois license plate AM74121 and more than 5,000 grams (12 pounds) of cannabis was located in the trunk of the vehicle in a vacuum-seal bag which was wrapped in two additional bags. The outer bag was similar to the bag that JOHNSON was carrying when surveillance observed him just prior to entering this vehicle.

133.    On February 1, 2018, phone location data on 217-622-8027 shows the phone in Forsyth, Illinois between 12:22 a.m. and 11:49 a.m., in Decatur, Illinois between 12:24 p.m. and 6:18 p.m., in Springfield, Illinois at 6:55 p.m., near I-72 and Hannibal, Missouri at 8:07 p.m., near Highway 65 south of Trenton, Missouri at 10:25 p.m., and in Jamesport, Missouri at 11:00 p.m. PR/TT data shows four (4) contacts with 217-619-4442 (SMITH) between 10:57 a.m. and 10:59 p.m., contact with 217-412-2171 (BURTON) at 12:52 p.m. and four (4) contacts between 5:37 p.m. and 10:48 p.m., and contact with 913-325-7956 (ALLEN) at 4:27 p.m.

134.    On February 2, 2018, phone location data on 217-622-8027 shows the phone in the Kansas City, Missouri area between 12:42 a.m. and 8:38 p.m., near Chillicothe, Missouri at 10:04 p.m., on Highway 36 near Clarence, Missouri at 11:03 p.m., and on Highway 36 near Monroe City, Missouri at 11:34 p.m. PR/TT data shows five (5) contacts with 816-724-4113 (HICKS) between 10:57 a.m. and 11:34 p.m., and contact with 217-412-2171 (BURTON) at 9:38 a.m., 10:07 a.m., and 3:41 p.m.

135.    On February 2, 2018, surveillance identified JOHNSON at 7910 E. 96th Street Kansas City, Missouri, the primary residence of HICKS. JOHSON arrived at the residence in a white Nissan Sentra with Florida license plate HKQJ05. JOHNSON and HICKS left the area together in HICKS vehicle and returned to the residence approximately ninety minutes later.

136.     On February 3, 2018, phone location data on 217-622-8027 shows the phone near

Hannibal, Missouri at 12:11 a.m., near New Berlin, Illinois at 1:25 a.m., in Springfield, Illinois

between 1:59 a.m. and 7:55 a.m., in Decatur, Illinois at 9:51 a.m., in Springfield, Illinois between

12:37 p.m. and 8:55 p.m., near Mt. Olive, Illinois at 9:58 p.m., and in the St. Louis, Missouri

area between 10:44 p.m. and 11:35 p.m.  PR/TT data shows five (5) contacts with 816-724-4113

(HICKS) between 12:03 a.m. and 11:16 p.m., contact with 217-412-2171 (BURTON) at 1:30

p.m., contact with 913-325-7956 (ALLEN) at 4:40 p.m., and three (3) contacts with 217-619-

4442 (SMITH) between 12:44 p.m. and 5:02 p.m.

137.     On February 4, 2018, phone location data on 217-622-8027 shows the phone in

the St. Louis, Missouri area between 10:42 a.m. and 9:34 p.m.  PR/TT data shows contact with

816-724-4113 (HICKS) between 12:51 a.m. and 7:45 p.m. consisting of four (4) telephone calls

and three (3) text messages, contact with 217-412-2171 (BURTON) at 4:36 p.m., contact with

913-325-7956 (ALLEN) at 2:21 p.m. and 7:11 p.m., and three (3) contacts with 217-619-4442

(SMITH) between 2:42 p.m. and 7:18 p.m.

138.     On February 5, 2018, phone location data on 217-622-8027 shows the phone in

the St. Louis, Missouri area between 12:22 a.m. and 12:46 a.m., near Lambert Airport on Pear

Tree Drive at 12:10 p.m., near Glen Carbon, Illinois at 12:31 p.m., on Highway 48 near

Taylorville, Illinois at 1:41 p.m., in Decatur, Illinois between 2:43 p.m. and 11:24 p.m. PR/TT

data shows contact with 913-325-7956 (ALLEN) at 11:21 a.m., with 217-619-4442 (SMITH) at

12:07 p.m. and 3:32 p.m., with 217-412-2171 (BURTON) at 3:34 p.m., and with 816-724-4113

(HICKS) at 7:03 p.m.

139.     On February 5, 2018, between 3:00 p.m. and 3:13 p.m., surveillance placed

JOHNSON in the area of storage unit F19 within the Northwest Mini-Storage facility located at

37

2300 Route 121 N.W., Decatur, Illinois. JOHNSON was the driver of a white, 2017 Nissan Sentra with Florida license plate HKQJ05.

140.    On February 6, 2018, phone location data on 217-622-8027 shows the phone near the Hickory Point Mall in Forsyth, Illinois at 12:10 a.m., in Decatur, Illinois between 12:16 a.m. and 12:44 a.m., in Springfield, Illinois between 1:54 a.m. and 10:05 a.m., in Decatur, Illinois between 3:33 p.m. and 7:21 p.m., and in Springfield, Illinois between 7:33 p.m. and 10:34 p.m. PR/TT data shows contact with 913-325-7956 (ALLEN) at 9:54 a.m., nine (9) contacts with 217-619-4442 (SMITH) between 6:45 p.m. and 7:20 p.m., with 217-412-2171 (BURTON) at 2:12 p.m., 3:39 p.m. and 6:32 p.m., and with 816-724-4113 (HICKS) at 9:08 p.m.

141.    On February 7, 2018, phone location data on 217-622-8027 shows the phone in Springfield, Illinois between 12:45 a.m. and 1:14 a.m., in Riverton, Illinois at 2:19 p.m., in Decatur, Illinois between 2:38 p.m. and 7:10 p.m., in Riverton, Illinois at 7:34 p.m., and in Springfield, Illinois between 7:49 p.m. and 9:01 p.m.  PR/TT data shows contact with 217-619-4442 (SMITH) at 12:45 a.m. and 2:19 p.m., with 913-325-7956 (ALLEN) at 1:27 p.m., with 217-412-2171 (BURTON) at 2:37 p.m. and 2:48 p.m., and five (5) contacts with 217-520-4698 (EALEY) between 1:14 p.m. and 7:29 p.m.

142.    On February 8, 2018, phone location data on 217-622-8027 shows the phone in Springfield, Illinois between 12:28 a.m. and 3:37 a.m., in Decatur, Illinois between 2:18 p.m. and 5:58 p.m., in Riverton, Illinois at 6:56 p.m., and in Springfield, Illinois between 7:20 p.m. and 8:13 p.m.  PR/TT data shows contact with 217-619-4442 (SMITH) at 12:28 a.m., 2:23 p.m., and 2:46 p.m., with 816-724-4113 (HICKS) at 12:58 p.m., with 217-412-2171 (BURTON) at 2:17 p.m., 5:07 p.m., 5:16 p.m., and 9:32 p.m., and six (6) contacts with 913-325-7956 (ALLEN) between 6:56 p.m. and 8:01 p.m.

143.    On February 9, 2018, phone location data on 217-622-8027 shows the phone in Springfield, Illinois between 7:59 a.m. and 10:31 a.m., and in Decatur, Illinois between 1:06 p.m. and 11:44 p.m.  PR/TT data shows contact with 816-724-4113 (HICKS) at 1:20 p.m., 2:04 p.m., and 2:34 p.m., with 217-412-2171 (BURTON) at 8:04 a.m., and with 888-988-5721 (MoneyGram International) at 7:11 p.m.

144.    On February 10, 2018, phone location data on 217-622-8027 shows the phone in Springfield, Illinois between 12:59 a.m. and 2:10 p.m., near I-72 at exit 133 at 2:50 p.m., in Decatur, Illinois between 3:22 p.m. and 8:46 p.m., near Niantic, Illinois at 9:05 p.m., and in Springfield, Illinois at 10:13 p.m.  PR/TT data shows contact with 217-412-2171 (BURTON) at 2:10 p.m., 3:22 p.m., 3:57 p.m., 4:02 p.m., 6:25 p.m., and 8:42 p.m., with 217-619-4442 (SMITH) at 12:51 p.m., 2:19 p.m., 4:02 p.m., and 9:12 p.m., with 217-520-4698 (EALEY) at 2:50 p.m., 8:46 p.m., 9:05 p.m., and 11:03 p.m., with 816-724-4113 (HICKS) at 8:54 p.m., with 913-325-7956 (ALLEN) at 9:28 p.m., and with 888-988-5721 (MoneyGram International) at 3:36 p.m.

145.    On February 11, 2018, phone location data on 217-622-8027 shows the phone in Springfield, Illinois between 1:26 a.m. and 11:15 a.m., near I-55 south of Toronto Road in Springfield, Illinois at 12:09 p.m., near I-55 south of Livingston, Illinois at 12:50 p.m., in Clayton, Missouri at 2:12 p.m., near Pear Tree Drive in St. Louis, Missouri at 3:57 p.m., at Lambert International Airport in St. Louis, Missouri at 5:03 p.m., in Hawaiian Gardens, California south of Los Angeles at 10:45 p.m., and at Los Angeles International Airport between 10:57 p.m. and 11:39 p.m. PR/TT data shows contact with 217-412-2171 (BURTON) at 3:57 p.m. and six (6) contacts with Southwest Airlines between 1:15 p.m. and 4:07 p.m.

146.     On February 12, 2018, phone location data on 217-622-8027 shows the phone in the Los Angeles and Beverly Hills, California area between 12:00 a.m. and 8:31 p.m. PR/TT data shows contact with 217-412-2171 (BURTON) at 1:49 p.m., with 913-325-7956 (ALLEN) at 1:50 p.m. and 7:17 p.m., and with 816-724-4113 (HICKS) at 2:14 p.m. and 2:19 p.m.

147.     On February 13, 2018, phone location data on 217-622-8027 shows the phone in Los Angeles, California area between 12:55 p.m. and 5:56 p.m., at the Los Angeles International Airport between 6:13 p.m. and 7:01 p.m., and at Lambert International Airport in St. Louis, Missouri at 11:52 p.m.

148.     On February 14, 2018, phone location data on 217-622-8027 shows the phone near Lambert International Airport in St. Louis, Missouri between 12:03 a.m. and 12:21 a.m., near Delmar Boulevard in St. Louis, Missouri at 1:39 a.m., near Brooklyn, Illinois at 2:22 a.m., and in the St. Louis, Missouri downtown area between 10:30 a.m. and 11:40 p.m. PR/TT data shows contact with 217-412-2171 (BURTON) at 12:31 p.m., 1:55 p.m., and 11:14 p.m., with 217-619-4442 (SMITH) at 3:12 p.m., and with 816-724-4113 (HICKS) at 4:30 p.m. and 9:34 p.m.

149.     On February 15, 2018, phone location data on 217-622-8027 shows the phone in St. Louis, Missouri between 11:41 a.m. and 11:50 a.m., near Litchfield, Illinois at 12:47 p.m., in Taylorville, Illinois at 1:28 p.m., in Decatur, Illinois between 2:00 p.m. and 8:17 p.m., and in Springfield, Illinois between 8:50 p.m. and 10:14 p.m. PR/TT data shows contact with 217-412-2171 (BURTON) at 11:40 a.m. and 10:15 p.m., with 217-619-4442 (SMITH) at 3:18 p.m., and with 217-520-4698 (EALEY) at 3:53 p.m.

150.     On February 16, 2018, phone location data on 217-622-8027 shows the phone in Springfield, Illinois at 1:23 a.m., near Mt. Olive, Illinois at 2:17 a.m., at Lambert International

Airport in St. Louis, Missouri at 9:42 a.m., and at Los Angeles International Airport at 12:25 p.m. PR/TT data shows five (5) contacts with 217-412-2171 (BURTON) between 12:05 a.m. and 1:23 a.m.

151.    Phone location data on 217-622-8027 **(target phone)** shows the phone in the Los Angeles area between February 16, 2018 at 12:25 p.m. and February 21, 2018 at 9:59 a.m. During this time, the **target phone** had thirty-five (35) contacts with 217-619-4442 (SMITH), thirty-two (32) contacts with 913-325-7956 (ALLEN), nine (9) contacts with 217-412-2171 (BURTON), and three (3) contacts with 816-724-4113 (HICKS).

152.    On February 21, 2018, phone location data on 217-622-8027 shows the phone near the Loews Hollywood Hotel in Los Angeles, California at 8:10 a.m., near Venice Boulevard in Los Angeles, California at 8:40 a.m., at Los Angeles International Airport at 9:59 a.m., near Lambert International Airport in St. Louis, Missouri at 2:30 p.m., in Edwardsville, Illinois at 3:37 p.m., near Raymond, Illinois at 4:22 p.m., in the Decatur and Forsyth, Illinois area between 5:38 p.m. and 9:53 p.m., in Riverton, Illinois at 10:31 p.m., and in the Springfield, Illinois area between 10:47 p.m. and 11:05 p.m.  PR/TT data shows contact with 217-412-2171 (BURTON) at 7:53 a.m., and with 217-619-4442 (SMITH) at 9:23 p.m.

153.    Records show that JOHNSON and BURTON traveled from Los Angeles, California to St. Louis, Missouri on February 21, 2018 on Southwest Airlines flight 536 which departed Los Angeles at 9:00 a.m. and arrived in St. Louis at approximately 2:20 p.m. Surveillance at Lambert Airport identified JOHNSON and BURTON walking together toward the baggage claim area. Surveillance watched as JOHNSON and BURTON each recovered one piece of luggage from the claim area. JOHNSON and BURTON then exited the airport via the Southwest arrival doors. Both JOHNSON and BURTON walked toward a silver-colored Buick

41

Enclave displaying Illinois license plate 265476, and placed their luggage in the trunk of the vehicle. Both JOHNSON and BURTON entered the vehicle, which was driven by an unknown subject, and left the airport area together east on I-70 then north on I-170.

154.    Records show that Illinois license plate 265476 is registered to a Guttierrez S. Cole with an address of 2810 E. Division Street in Decatur, Illinois on a 2008 Buick Enclave (see paragraph 30 and 109).

155.    On February 22, 2018, phone location data on 217-622-8027 shows the phone in the Forsyth, Illinois area between 10:46 a.m. and 1:46 p.m., in Decatur, Illinois between 2:03 p.m. and 6:42 p.m., near Mechanicsburg, Illinois at 7:21 p.m., in Springfield, Illinois between 7:40 p.m. and 7:49 p.m., near I-72 at exit 133 at 8:39 p.m., and in the Decatur and Forsyth, Illinois area between 8:46 p.m. and 11:12 p.m. PR/TT data shows six (6) contact with 217-619-4442 (SMITH) between 1:18 p.m. and 8:55 p.m., with 816-724-4113 (HICKS) at 3:17 p.m. and 11:02 p.m., and with 913-325-7956 (ALLEN) at 8:06 p.m.

156.    On February 23, 2018, phone location data on 217-622-8027 shows the phone in Decatur, Illinois between 9:55 a.m. and 4:41 p.m., near Arthur, Illinois at 5:29 p.m., in Decatur, Illinois between 6:30 p.m. and 10:07 p.m., near Riverton, Illinois at 10:34 p.m., and in Springfield, Illinois between 10:56 p.m. and 11:53 p.m. PR/TT data shows contact with 217-619-4442 (SMITH) at 7:31 p.m. and with 217-520-4698 (EALEY) at 7:21 p.m.

157.    On February 24, 2018, phone location data on 217-622-8027 shows the phone in Springfield, Illinois between 3:41 a.m. and 2:32 p.m. and in Decatur, Illinois between 3:15 p.m. and 11:38 p.m. PR/TT data shows contact with 217-520-4698 (EALEY) at 4:20 p.m.

158.    On February 25, 2018, phone location data on 217-622-8027 shows the phone in Springfield, Illinois between 1:06 a.m. and 3:46 p.m., in Decatur, Illinois between 4:25 p.m. and

6:31 p.m., and in Springfield, Illinois at 7:56 p.m. PR/TT data shows contact with 816-724-4113 (HICKS) at 10:03 a.m. and with 217-619-4442 (SMITH) at 4:36 p.m.

159.    On February 26, 2018, phone location data on 217-622-8027 shows the phone in Springfield, Illinois between 7:55 a.m. and 8:48 p.m. PR/TT data shows contact with 816-724-4113 (HICKS) at 5:01 p.m.

160.    On February 27, 2018, phone location data on 217-622-8027 shows the phone in Springfield, Illinois at 12:37 a.m., in Decatur, Illinois at 1:41 a.m., in Springfield, Illinois between 2:32 a.m. and 3:12 p.m., in Riverton, Illinois at 3:25 p.m., and in Decatur, Illinois between 3:38 p.m. and 11:07 p.m. PR/TT data shows contact with 217-620-9791 at 1:41 a.m., with 816-724-4113 (HICKS) at 2:03 p.m. and 2:15 p.m., nine (9) contacts with 217-619-4442 (SMITH) between 2:49 p.m. and 11:07 p.m., and three (3) contacts with 217-520-4698 (EALEY) between 4:43 p.m., 5:09 p.m., and 9:01 p.m.

161.    Telephone records show that 217-620-9791 is registered to QUENTIN L. FOX with an address of 1641 E. Moore Street Decatur, Illinois. The account shows active with an effective date for the account of May 18, 2016. PR/TT data on the **target phone** shows six (6) contacts with 217-620-9791 between January 19, 2018 and March 21, 2018.

162.    On February 27, 2018, at approximately 8:37 p.m., surveillance watched as a silver-colored Nissan Altima, displaying Illinois dealer license plate DL021BB, pull into the driveway at 724 W. Division Street, Decatur, Illinois. A short time later, surveillance watched JOHNSON exit the front door at 724 W. Division Street and walk over to the passenger side of the Nissan Altima. JOHNSON pulled open the front passenger side door and leaned into the vehicle. JOHNSON then stepped back and shut the passenger side door and walked away as the Nissan then left the area east on W. Division Street.

43

163.    On February 27, 2018, at approximately 8:43 p.m., Decatur, Illinois Police conducted a traffic stop on a silver-colored Nissan Altima displaying Illinois dealer license plate DL021BB on Fairview and Main Street in Decatur, Illinois. The driver was identified as SHANNON FISHER and the front seat passenger was identified as JENNIFER FISHER, JOHNSON's mother. A search of the vehicle resulted in a recovery of $23,500 in United States currency from the vehicle's glove compartment. The currency was bundled in several zip-lock style bags. Both subjects denied ownership of the currency.

164.    PR/TT data on 217-622-8027 shows nine (9) incoming text messages from 217-520-4408 on February 27, 2018 starting at 7:40 p.m. and ending at 8:37 p.m. Telephone company report shows that 217-520-4408 is the cellular telephone registered to JOHNSON's grandmother and utilized by SHANNON and/or JENNIFER FISHER (see paragraph 95). PR/TT data on the **target phone** shows one-hundred and fifty-three (153) contacts with 217-520-4408 between January 19, 2018 and March 6, 2018.

165.    On February 28, 2018, phone location data on 217-622-8027 shows the phone in Springfield, Illinois between 1:16 a.m. and 6:18 p.m. PR/TT data shows contact with 217-619-4442 (SMITH) between 1:56 p.m. and 2:52 p.m. and with 217-520-4408 (FISHER) at 5:12 p.m.

166.    On March 1, 2018, phone location data on 217-622-8027 shows the phone in Springfield, Illinois between 7:59 a.m. and 9:35 a.m., in Decatur, Illinois between 4:10 p.m. and 8:50 p.m., and in Springfield, Illinois between 9:46 p.m. and 10:20 p.m. PR/TT data shows contact with 217-619-4442 (SMITH) at 4:21 p.m. and with 217-520-4408 (FISHER) at 5:03 p.m.

167.    On March 2, 2018, phone location data on 217-622-8027 shows the phone in Springfield, Illinois at 3:44 p.m., in Decatur, Illinois between 5:25 p.m. and 6:56 p.m., in

44

Springfield, Illinois between 7:55 p.m. and 8:59 p.m., near Litchfield, Illinois at 9:51 p.m., and in the downtown St. Louis, Missouri area at 10:41 p.m.

168.    On March 3, 2018, phone location data on 217-622-8027 shows the phone in the St. Louis, Missouri and Collinsville, Illinois area between 12:08 a.m. and 2:05 p.m., at Lambert International Airport in St. Louis at 3:37 p.m., at the Los Angeles International Airport between 8:30 p.m. and 9:13 p.m., and in the Central, Los Angeles, California area at 11:10 p.m. PR/TT data shows contact with 816-724-4113 (HICKS) at 12:26 a.m., with 217-520-4698 (EALEY) at 1:59 a.m., and with 217-520-4408 (FISHER) at 5:28 p.m.

169.    On March 4, 2018, phone location data on 217-622-8027 shows the phone in the Central, Los Angeles, California area between 12:12 a.m. and 10:55 p.m.  PR/TT data shows contact with 816-724-4113 (HICKS) at 3:20 p.m. and 9:59 p.m. and with 217-619-4442 (SMITH) at 9:02 p.m.

170.    On March 5, 2018, phone location data on 217-622-8027 shows the phone in the Central, Los Angeles, California area between 12:10 a.m. and 6:37 p.m., at Los Angeles International Airport between 7:09 p.m. and 7:38 p.m., at the San Francisco International Airport between 9:42 p.m., and 10:06 p.m., and in the Berkeley, California at 11:37 p.m.  PR/TT data shows contact with 816-724-4113 (HICKS) at 12:10 a.m., 9:45 a.m., 4:36 p.m., and 6:33 p.m. and with 217-619-4442 (SMITH) at 10:06 p.m.

171.    On March 6, 2018, phone location data on 217-622-8027 shows the phone in the in the Berkeley and Emeryville, California area between 1:09 a.m. and 4:22 p.m., in Oakland, California at 4:34 p.m., at the San Francisco International Airport between 6:08 p.m. and 7:45 p.m., and at Lambert International Airport in St. Louis, Missouri at 11:36 p.m.

172.   On March 7, 2018, phone location data on 217-622-8027 shows the phone near I-55 north of Litchfield, Illinois at 1:20 a.m., in Springfield, Illinois at 2:01 a.m., in Decatur, Illinois between 2:53 p.m. and 5:54 p.m., in Springfield, Illinois at 7:40 p.m., in Decatur, Illinois between 8:41 p.m., and 9:13 p.m., and in Forsyth, Illinois at 11:27 p.m. PR/TT data shows contact with 217-619-4442 (SMITH) at 3:43 a.m., 12:24 p.m., and 1:22 p.m., with 217-520-4698 (EALEY) at 5:34 p.m., and with 816-724-4113 (HICKS) at 11:27 p.m.

173.   On March 8, 2018, phone location data on 217-622-8027 shows the phone in Forsyth, Illinois between 1:05 p.m. and 1:25 p.m., in Decatur, Illinois at 1:33 p.m., in Springfield, Illinois between 2:19 p.m. and 3:40 p.m., in Decatur, Illinois at 4:12 p.m., in Forsyth, Illinois between 4:51 p.m. and 5:33 p.m., in Springfield, Illinois between 7:19 p.m. and 9:09 p.m., and in Forsyth, Illinois at 11:18 p.m.  PR/TT data shows contact with 217-619-4442 (SMITH) at 1:20 p.m. and 10:14 p.m. and with 816-724-4113 (HICKS) at 1:26 p.m.

174.   On March 9, 2018, phone location data on 217-622-8027 shows the phone in Forsyth, Illinois between 10:31 a.m. and 3:11 p.m., in Decatur, Illinois at 6:30 p.m., in Forsyth, Illinois between 6:55 p.m. and 7:40 p.m., in Decatur, Illinois between 9:13 p.m. and 11:17 p.m., and in Forsyth, Illinois at 11:29 p.m.  PR/TT data shows contact with 816-724-4113 (HICKS) at 5:48 p.m., 6:02 p.m., and 10:59 p.m. and with 217-520-4698 (EALEY) at 10:09 p.m. and 11:18 p.m.

175.   On March 10, 2018, phone location data on 217-622-8027 shows the phone in Forsyth, Illinois between 12:47 p.m. and 2:30 p.m., in Decatur, Illinois at 2:35 p.m., in Forsyth, Illinois at 3:02 p.m., near Riverton, Illinois at 3:40 p.m., in Springfield, Illinois between 3:58 p.m. and 5:57 p.m., in Decatur, Illinois at 8:17 p.m., in Forsyth, Illinois between 9:05 p.m. and 10:08 p.m., and in Decatur, Illinois at 11:09 p.m. PR/TT data shows contact with 217-619-4442

46

(SMITH) at 12:58 p.m., 8:40 p.m., and 10:01 p.m. and with 816-724-4113 (HICKS) at 12:06 a.m., 2:59 p.m., and 11:09 p.m.

176.    On March 11, 2018, phone location data on 217-622-8027 shows the phone in Forsyth, Illinois at 1:00 p.m., in Decatur, Illinois between 2:12 p.m. and 9:35 p.m., and in Springfield, Illinois at 10:20 p.m.  PR/TT data shows contact with 217-619-4442 (SMITH) at 2:49 p.m. and 4:24 p.m., with 217-520-4698 (EALEY) at 6:08 p.m., 9:31 p.m., and 9:53 p.m., with 816-724-4113 (HICKS) at 12:59 a.m., and with 217-520-4408 (FISHER) at 1:12 p.m. and 10:20 p.m.

177.    On March 12, 2018, phone location data on 217-622-8027 shows the phone in Springfield, Illinois between 5:22 a.m. and 1:01 p.m., in Decatur, Illinois between 2:00 p.m. and 6:34 p.m., and in Springfield, Illinois between 7:20 p.m. and 11:54 p.m. PR/TT data shows contact with 217-619-4442 (SMITH) at 1:41 p.m., 2:00 p.m., and 6:39 p.m., with 217-520-4698 (EALEY) at 1:40 p.m., 6:32 p.m., and 7:19 p.m., with 816-724-4113 (HICKS) at 1:11 p.m., 2:03 p.m., 2:52 p.m., and 9:53 p.m., and five (5) contacts with 217-520-4408 (FISHER) between 4:13 p.m. and 11:35 p.m.

178.  ·  On March 13, 2018, phone location data on 217-622-8027 shows the phone in Springfield, Illinois at 12:07 a.m. and in the St. Louis, Missouri area between 2:02 a.m. and 11:07 p.m. PR/TT data shows telephone and text message contact with 816-724-4113 (HICKS) between 1:53 p.m. and 3:25 p.m. and contact with 217-520-4408 (FISHER) at 3:17 p.m., 7:47 p.m., and 8:34 p.m.

179.    On March 14, 2018, phone location data on 217-622-8027 shows the phone near East St. Louis, Illinois at 11:44 a.m., in Springfield, Illinois between 1:25 p.m. and 6:57 p.m., in Decatur, Illinois between 7:56 p.m. and 8:13 p.m. and in Forsyth, Illinois between 9:28 p.m. and

11:52 p.m. PR/TT data shows contact with 217-520-4408 (FISHER) at 1:13 p.m., 3:37 p.m., 3:43 p.m., and 4:03 p.m. and with 217-412-2171 (BURTON) at 2:00 p.m.

180.    On March 15, 2018, phone location data on 217-622-8027 shows the phone in Forsyth, Illinois between 12:14 a.m. and 12:32 a.m., in Decatur, Illinois between 12:44 p.m. and 4:11 p.m., in Springfield, Illinois between 5:13 p.m. and 6:36 p.m., in Decatur, Illinois between 7:12 p.m. and 9:03 p.m., in Springfield, Illinois between 9:40 p.m. and 10:36 p.m. and near I-55 north of Litchfield, Illinois at 11:26 p.m.  PR/TT data shows nine (9) contacts with 217-619-4442 (SMITH) between 2:27 p.m. and 11:25 p.m., contact with 816-724-4113 (HICKS) at 3:26 p.m., 7:11 p.m., and 10:33 p.m., five (5) contacts with 217-520-4408 (FISHER) between 4:11 p.m. and 9:05 p.m., and with 913-325-7956 (ALLEN) at 5:13 p.m.

181.    On March 16, 2018, phone location data on 217-622-8027 shows the phone in Collinsville, Illinois between 12:32 a.m. and 9:10 a.m. and in the St. Louis, Missouri and East St. Louis, Illinois area between 10:30 a.m. and 11:29 p.m. PR/TT data shows contact with 816-724-4113 (HICKS) at 12:59 p.m. and 5:29 p.m., with 217-520-4408 (FISHER) at 12:54 p.m., and with 217-619-4442 (SMITH) at 6:22 p.m.

182.    On March 17, 2018, phone location data on 217-622-8027 shows the phone in St. Louis, Missouri at 10:13 a.m., in Edwardsville, Illinois at 1:15 p.m., in Springfield, Illinois between 3:17 p.m. and 7:55 p.m., and in Decatur, Illinois between 8:43 p.m. and 10:00 p.m. PR/TT data shows eight (8) contacts with 816-724-4113 (HICKS) between 11:02 a.m. and 7:54 p.m., with 217-520-4408 (FISHER) at 12:15 p.m., and with 217-619-4442 (SMITH) at 8:43 p.m.

183.    On March 18, 2018, phone location data on 217-622-8027 shows the phone near I-57 and I-80 south of Chicago, Illinois at 1:01 a.m., near I-294 at Hickory Hills, Illinois at 1:38 a.m., near I-90 and I-294 in Rosemont, Illinois at 2:13 a.m., at O'Hare International Airport in

Chicago, Illinoi sat 3:09 a.m., at the Miami International Airport between 7:25 a.m. and 8:25

a.m., and in Miami Beach, Florida between 9:05 a.m. and 9:10 p.m.  PR/TT data shows four (4)

contacts with 800-433-7300 (American Airlines) between 1:01 a.m. and 1:30 a.m., three (3)

telephone contacts with 816-724-4113 (HICKS) between 1:38 a.m. and 2:15 a.m., five (5) text

message contacts with 816-724-4113 (HICKS) between 5:52 a.m. and 7:52 a.m., and contact

with 217-619-4442 (SMITH) at 3:28 p.m.

184.    On March 19, 2018, phone location data on 217-622-8027 shows the phone in the

Miami, Florida area between 3:17 a.m. and 10:38 p.m. PR/TT data shows four (4) contacts with

816-724-4113 (HICKS) between 1:28 p.m. and 3:04 p.m.

185.    On March 20, 2018, phone location data on 217-622-8027 shows the phone in

Miami, Florida between 12:37 a.m. and 3:24 p.m., at the Miami International Airport between

3:57 p.m. and 4:38 p.m., at O'Hare International Airport at 9:58 p.m., and near the Kennedy

Expressway in Chicago at 11:09 p.m. PR/TT data shows contact with 217-619-4442 (SMITH) at

6:18 p.m. and 6:25 p.m. and with 816-724-4113 (HICKS) at 6:38 p.m. and 6:42 p.m.

186.    On March 21, 2018, phone location data on 217-622-8027 shows the phone near

I-57 and Manteno, Illinois at 12:18 a.m., near I-57 and Paxton, Illinois at 1:06 a.m., in Forsyth,

Illinois at 2:02 p.m., in Springfield, Illinois at 2:48 a.m. and between 5:16 p.m. and 8:51 p.m.,

and in Decatur, Illinois between 9:47 p.m. and 10:29 p.m. PR/TT data shows contact with 217-

619-4442 (SMITH) at 7:55 p.m. and 11:52 p.m. and with 217-520-4698 (EALEY) at 10:42 p.m.

187.    On March 22, 2018, phone location data on 217-622-8027 shows the phone near

I-72 and I-55 in Springfield, Illinois at 12:26 a.m., in Springfield, Illinois at 12:52 a.m., in

Forsyth, Illinois at 12:24 p.m., in Decatur, Illinois between 1:07 p.m. and 2:02 p.m., in

Springfield, Illinois between 2:55 p.m. and 3:39 p.m., in the Decatur and Forsyth, Illinois area

between 4:33 p.m. and 10:13 p.m., and in Springfield, Illinois at 10:49 p.m. PR/TT data shows

contact with 217-520-4408 (FISHER) at 2:54 p.m., 5:53 p.m., and 10:47 p.m., with 217-619-

4442 (SMITH) at 4:32 p.m., and with 217-520-4698 (EALEY) at 4:53 p.m. and 7:40 p.m.

188.     On March 23, 2018, phone location data on 217-622-8027 shows the phone near

I-55 and New Douglas, Illinois at 12:04 a.m. and in Clayton, Missouri between 10:14 a.m. and

9:30 p.m.  PR/TT data shows contact with 217-520-4698 (EALEY) at 12:26 p.m. and 12:59 p.m.,

with 816-724-4113 (HICKS) at 5:44 p.m., 5:50 p.m., and 9:17 p.m., with 217-520-4408

(FISHER) at 5:58 p.m., and with 217-412-2171 (BURTON) at 9:43 p.m.

189.     On March 24, 2018, phone location data on 217-622-8027 shows the phone in

Clayton, Missouri between 2:52 a.m. and 3:41 p.m., in downtown St. Louis at 7:58 p.m., in

Alorton, Illinois at 8:43 p.m., and in Clayton, Missouri at 9:59 p.m. PR/TT data shows five (5)

contacts with 217-520-4698 (EALEY) between 12:42 p.m. and 7:24 p.m., with 217-412-2171

(BURTON) at 1:05 p.m. and 7:27 p.m., with 217-619-4442 (SMITH) at 1:31 p.m., and 8:43

p.m., and with 217-520-4408 (FISHER) at 2:24 p.m.

190.     On March 25, 2018, phone location data on 217-622-8027 shows the phone in

Clayton, Missouri between 7:20 a.m. and 3:58 p.m., near I-55 and Mt. Olive, Illinois at 4:59

p.m., and in Springfield, Illinois between 6:12 p.m. and 11:57 p.m. PR/TT data shows contact

with 217-520-4408 (FISHER) at 4:49 p.m., 11:03 p.m., and 11:53 p.m.

191.     On March 26, 2018, phone location data on 217-622-8027 shows the phone in

Springfield, Illinois between 10:02 a.m. and 6:39 p.m., in Decatur, Illinois between 8:42 p.m.

and 10:02 p.m., and in Springfield, Illinois at 11:03 p.m. PR/TT data shows contact with 816-

724-4113 (HICKS) at 1:17 p.m. and 3:26 p.m., four (4) contacts with 217-520-4408 (FISHER)

between 1:59 p.m. and 11:03 p.m., with 217-520-4698 (EALEY) at 8:57 p.m. and 9:01 p.m., and with 217-619-4442 (SMITH) at 10:02 p.m.

192.    On March 27, 2018, phone location data on 217-622-8027 shows the phone in Springfield, Illinois between 8:32 a.m. and 2:29 p.m., in Decatur, Illinois between 2:51 p.m. and 9:08 p.m., and near I-55 and New Douglas, Illinois at 11:28 p.m. PR/TT data shows contact with 217-619-4442 (SMITH) at 2:51 p.m.

193.    On March 28, 2018, phone location data on 217-622-8027 shows the phone in Clayton, Missouri between 12:11 a.m. and 3:49 p.m., in Fairmont City, Illinois at 4:11 p.m., in Decatur, Illinois between 6:50 p.m. and 7:35 p.m., and in Springfield, Illinois between 8:57 p.m. and 9:37 p.m.  PR/TT data shows contact with 816-724-4113 (HICKS) at 12:21 a.m., with 217-520-4408 (FISHER) at 7:55 p.m. and 8:57 p.m., and with 217-619-4442 (SMITH) at 7:57 p.m.

194.    On March 29, 2018, phone location data on 217-622-8027 shows the phone in Decatur, Illinois between 9:19 a.m. and 8:42 p.m., in Springfield, Illinois between 9:37 p.m. and 10:11 p.m., in Granite City, Illinois at 11:30 p.m., and near Lambert Airport on Pear Tree Lane in St. Louis, Missouri at 11:48 p.m. PR/TT data shows contact with 217-619-4442 (SMITH) at 10:05 a.m., with 816-724-4113 (HICKS) at 12:53 p.m. and 6:30 p.m., and with 217-520-4408 (FISHER) at 3:27 p.m. and 3:31 p.m.

195.    On March 29, 2018, CHS-3 purchased approximately 27.7 grams of crack cocaine from BURTON using $1250 in pre-recorded money.  The transaction took place in the area of Union and Olive Streets in Decatur, Illinois.  CHS-3 set up this meet with BURTON with telephone calls and text messages with BURTON at 217-412-2171. Surveillance was conducted throughout the duration of the transaction.  The controlled buy was recorded

196.    On March 30, 2018, phone location data on 217-622-8027 shows the phone in Clayton, Missouri between 1:12 p.m. and 9:12 p.m. PR/TT data shows contact with 816-724-4113 (HICKS) at 7:24 p.m. and with 217-520-4408 (FISHER) at 7:49 p.m.

197.    On March 31, 2018, phone location data on 217-622-8027 shows the phone in Clayton, Missouri at 12:46 a.m., near Lambert Airport at 2:12 a.m., in Clayton, Missouri at 3:48 p.m., in Troy, Illinois at 4:50 p.m., near I-55 and New Douglas, Illinois at 5:06 p.m., in Springfield, Illinois between 6:37 p.m. and 7:04 p.m., and in Decatur, Illinois between 9:41 p.m. and 10:37 p.m. PR/TT data shows contact with 816-724-4113 (HICKS) at 3:38 p.m. and with 217-520-4408 (FISHER) at 2:11 p.m.

198.    On April 1, 2018, phone location data on 217-622-8027 shows the phone near I-55 and New Douglas, Illinois at 1:09 a.m., in Collinsville, Illinois at 1:33 a.m., in Fairview Heights, Illinois at 3:48 a.m., in Belleville, Illinois at 4:34 a.m., near Rt-157 and St. Clair Avenue in St. Clair County Illinois at 4:39 a.m., in Collinsville, Illinois at 4:50 a.m., near I-55 and New Douglas, Illinois at 5:20 a.m., near I-72 and I-55 in Springfield, Illinois at 6:12 a.m., in Springfield, Illinois between 7:00 a.m. and 2:50 p.m., in Decatur, Illinois between 3:40 p.m. and 6:38 p.m., and in Springfield, Illinois between 7:32 p.m. and 8:44 p.m. PR/TT data shows three (3) contacts with 217-619-4442 (SMITH) between 4:18 p.m. and 4:43 p.m.

199.    On April 2, 2018, phone location data on 217-622-8027 shows the phone in Springfield, Illinois between 1:55 a.m. and 8:22 a.m., in Clayton, Missouri between 10:31 a.m. and 12:17 p.m., near I-70 and I-170 in Bel Ridge, Missouri at 12:42 p.m., in Overland, Missouri at 12:47 p.m., near Lambert Airport between 1:05 p.m. and 1:15 p.m., in Frontenac, Missouri at 2:11 p.m., in Clayton, Missouri between 4:14 p.m. and 8:15 p.m., and near Olive Boulevard in

St. Louis, Missouri at 10:10 p.m.  PR/TT data shows contact with 816-724-4113 (HICKS) at

7:24 p.m. and with 217-520-4408 (FISHER) at 7:49 p.m.

200.    On April 2, 2018, at approximately 2:37 p.m., surveillance observes JOHNSON

in the parking lot at Bricktops Restaurant located at 10342 Clayton Road in Frontenac, Missouri.

JOHNSON was driving a white Chrysler 300 with Illinois license plate 780405.  JOHNSON was

with two females, one described as short, light-skinned black female, and the other as a darker-

skinned black female. JOHNSON and the two females left the area together in the Chrysler 300

heading toward downtown Clayton, Missouri.

201.    On April 3, 2018, phone location data on 217-622-8027 shows the phone in

Clayton, Missouri at 1:25 p.m., in Collinsville, Illinois at 9:28 p.m., and in Clayton, Missouri at

10:52 p.m.

202.    On April 4, 2018, phone location data on 217-622-8027 shows the phone in the

St. Louis and Clayton, Missouri area between 3:28 p.m. and 11:16 p.m. and in Collinsville,

Illinois at 11:36 p.m. PR/TT data shows contact with 217-619-4442 (SMITH) at 8:05 p.m.

203.    On April 5, 2018, phone location data on 217-622-8027 shows the phone in

Clayton, Missouri at 12:34 a.m., in Brentwood, Missouri between 1:18 p.m. and 2:05 p.m., near

N. 9th Street in downtown St. Louis, Missouri between 3:03 p.m. and 4:05 p.m., on Pershing

Avenue in St. Louis, Missouri at 4:30 p.m., and in Clayton, Missouri between 4:43 p.m. and

10:32 p.m. PR/TT data shows contact with 217-619-4442 (SMITH) at 11:37 a.m., with 816-724-

4113 (HICKS) at 3:37 p.m. and 4:20 p.m., and with 217-520-4698 (EALEY) at 10:28 p.m.

204.    On April 6, 2018, phone location data on 217-622-8027 shows the phone in

Clayton, Missouri. PR/TT data shows contact with 217-619-4442 (SMITH) at 6:38 p.m., with

816-724-4113 (HICKS) at 3:13 p.m. and 3:16 p.m., and with 217-520-4698 (EALEY) at 6:30 p.m.

205.    On April 7, 2018, phone location data on 217-622-8027 shows the phone in Clayton, Missouri. PR/TT data shows contact with 816-724-4113 (HICKS) at 3:37 p.m., 7:03 p.m., and 7:51 p.m.

206.    On April 8, 2018, phone location data on 217-622-8027 shows the phone in Clayton, Missouri at 4:08 a.m. and in Decatur, Illinois between 8:24 p.m. and 8:30 p.m.  PR/TT data shows contact with 816-724-4113 (HICKS) at 5:12 p.m. and 5:34 p.m.

207.    On April 9, 2018, phone location data on 217-622-8027 shows the phone in Chicago area. PR/TT data shows contact with 217-619-4442 (SMITH) at 3:17 p.m., six (6) contacts with 816-724-4113 (HICKS) between 3:51 p.m. and 8:20 p.m., and with 217-520-4408 (FISHER) at 7:10 p.m.

208.    On April 10, 2018, phone location data on 217-622-8027 shows the phone in Clayton and St. Louis, Missouri area. PR/TT data shows contact with 816-724-4113 (HICKS) at 2:47 p.m., with 217-619-4442 (SMITH) at 4:33 p.m.

209.    On April 11, 2018, phone location data on 217-622-8027 shows the phone in Clayton, Missouri at 2:02 a.m., in the St. Louis, Missouri area between 11:57 a.m. and 12:20 p.m., in Springfield, Illinois between 1:56 p.m. and 2:27 p.m., in the Decatur, Illinois area between 2:49 p.m. and 8:03 p.m., and in Springfield, Illinois at 9:14 p.m. PR/TT data shows contact with 217-619-4442 (SMITH) at 2:49 p.m. and 3:00 p.m.

210.    On April 12, 2018, phone location data on 217-622-8027 shows the phone in Springfield, Illinois at 1:32 p.m., in Decatur, Illinois between 2:21 p.m. and 7:23 p.m., in Springfield, Illinois at 10:43 p.m., and in the area of I-55 north of Litchfield, Illinois at 11:19

p.m. PR/TT data shows contact with 217-619-4442 (SMITH) at 1:05 p.m., 3:09 p.m., 6:49 p.m., and 6:55 p.m., with 217-520-4408 (FISHER) at 1:32 p.m., with 217-520-4698 (EALEY) at 3:27 p.m. and 7:22 p.m., and with 816-724-4113 (HICKS) at 6:01 p.m.

211.    On April 13, 2018, phone location data on 217-622-8027 shows the phone in Clayton and St. Louis, Missouri area between 12:23 a.m. and 10:48 p.m. PR/TT data shows contact with 217-619-4442 (SMITH) at 3:38 p.m., 6:14 p.m., 9:51 p.m., 10:18 p.m., and 11:25 p.m. and with 816-724-4113 (HICKS) at 1:28 p.m. and 4:03 p.m.

212.    On April 14, 2018, phone location data on 217-622-8027 shows the phone in Clayton and St. Louis, Missouri area between 2:15 a.m. and 10:53 p.m.  PR/TT data shows contact with 816-724-4113 (HICKS) at 1:22 p.m.

213.    On April 15, 2018, phone location data on 217-622-8027 shows the phone in Clayton and St. Louis, Missouri area between 1:37 a.m. and 5:21 p.m., in Springfield, Illinois at 7:55 p.m., in Decatur, Illinois at 9:32 p.m., in Springfield, Illinois at 10:22 p.m., and on I-55 near Carlinville, Illinois at 11:15 p.m. PR/TT data shows contact with 816-724-4113 (HICKS) at 10:21 a.m. and with 217-619-4442 (SMITH) at 12:21 p.m., 3:34 p.m., 5:54 p.m., and 7:54 p.m.

214.    On April 16, 2018, phone location data on 217-622-8027 shows the phone in the Collinsville, Illinois and Clayton, Missouri area between 12:03 a.m. and 7:24 p.m.  PR/TT data shows contact with 217-520-4408 (FISHER) at 12:02 a.m., and 11:15 p.m. and with 816-724-4113 (HICKS) at 1:32 p.m., 4:53 p.m., and 4:57 p.m.

215.    On April 17, 2018, no phone location data on 217-622-8027 was captured. PR/TT data shows contact with 217-619-4442 (SMITH) at 5:34 p.m. and 8:22 p.m. and with 217-520-4408 (FISHER) at 4:12 p.m. and 10:41 p.m.

216.    On April 18, 2018, phone location data on 217-622-8027 shows the phone in Clayton, Missouri between 12:20 a.m. and 10:13 p.m.

217.    On April 19, 2018, phone location data on 217-622-8027 shows the phone in Clayton, Missouri. PR/TT data shows contact with 217-520-4698 (EALEY) at 2:02 a.m. and 2:11 a.m., and with 816-724-4113 (HICKS) at 6:52 p.m. and 7:04 p.m.

218.    On April 20, 2018, phone location data on 217-622-8027 shows the phone in Clayton, Missouri. PR/TT data shows contact with 217-520-4408 (FISHER) at 12:20 a.m., with 217-619-4442 (SMITH) at 2:12 a.m., with 816-724-4113 (HICKS) at 2:26 a.m., and with 217-520-4698 (EALEY) at 5:52 p.m.

219.    On April 21, 2018, phone location data on 217-622-8027 shows the phone in Clayton, Missouri at 12:32 p.m., in Collinsville, Illinois at 6:07 p.m., and in Springfield, Illinois at 10:35 p.m. PR/TT data shows contact with 816-724-4113 (HICKS) at 1:35 a.m. and 6:11 p.m., with 217-520-4408 (FISHER) at 5:42 p.m., 6:04 p.m., and 7:29 p.m., with 217-619-4442 (SMITH) at 6:01 p.m., and 7:42 p.m., and with 217-520-4698 (EALEY) at 7:44 p.m.

220.    On April 22, 2018, phone location data on 217-622-8027 shows the phone in the Chicago, Illinois area. PR/TT data shows contact with 217-619-4442 (SMITH) at 3:31 a.m. and 5:11 a.m., with 217-520-4408 (FISHER) at 12:55 a.m., 1:12 a.m., and 5:42 a.m., and with 816-724-4113 (HICKS) at 11:55 p.m.

221.    On April 23, 2018, phone location data on 217-622-8027 shows the phone in Springfield, Illinois at 12:21 a.m., in Clayton, Missouri at 3:15 p.m., at Lambert International Airport at 5:43 p.m., and at the Salt Lake City Airport at 9:22 p.m. PR/TT data shows contact with 217-520-4408 (FISHER) at 12:06 a.m. and 4:15 a.m. and with 217-619-4442 (SMITH) at 1:02 a.m.

56

222.    On April 24, 2018, phone location data on 217-622-8027 shows the phone at the San Francisco International Airport at 1:10 a.m., in Emeryville, California between 2:08 a.m. and 3:22 p.m., at the San Francisco International Airport at 4:38 p.m., at the Salt Lake City Airport at 8:33 p.m., and at Lambert Airport in St. Louis, Missouri at 11:58 p.m.

223.    On April 25, 2018, phone location data on 217-622-8027 shows the phone at Lambert Airport at 12:07 a.m., in Clayton, Missouri at 1:13 a.m., in Springfield, Illinois between 9:03 a.m. and 4:08 p.m., in Decatur, Illinois between 6:40 p.m. and 7:34 p.m., and in Springfield, Illinois at 10:27 p.m.

224.    On April 26, 2018, phone location data on 217-622-8027 shows the phone in Springfield, Illinois at 12:15 a.m., in Clayton, Missouri at 2:47 p.m., and at the Hartsfield-Jackson Atlanta International Airport at 9:29 p.m.  PR/TT data shows contact with 816-724-4113 (HICKS) at 3:26 a.m. and with 217-520-4408 (FISHER) at 10:08 p.m.

225.    On April 27, 2018, phone location data on 217-622-8027 shows the phone in the Atlanta, Georgia area between 2:01 a.m. and 11:13 p.m.  PR/TT data shows contact with 816-724-4113 (HICKS) at 12:34 p.m. and with 217-520-4408 (FISHER) at 5:12 p.m.

226.    On April 28, 2018, phone location data on 217-622-8027 shows the phone in the Atlanta, Georgia area between 12:41 a.m. and 4:13 p.m. and in the St. Louis, Missouri area between 6:57 p.m. and 11:51 p.m. PR/TT data shows contact with 217-520-4408 (FISHER) at 7:38 p.m.

227.    On April 29, 2018, phone location data on 217-622-8027 shows the phone in the Clayton, Missouri and Belleville, Illinois area. PR/TT data shows contact with 913-325-7956 (ALLEN) at 1:44 p.m.

228.    On April 30, 2018, phone location data on 217-622-8027 shows the phone in Clayton, Missouri at 1:55 a.m., Decatur, Illinois at 4:58 p.m., and in Springfield, Illinois between 7:00 p.m. and 11:51 p.m. PR/TT data shows contact with 217-520-4408 (FISHER) at 11:43 p.m.

229.    On May 1, 2018, phone location data on 217-622-8027 shows the phone in Springfield, Illinois between 12:26 p.m. and 1:00 p.m., in Decatur, Illinois between 2:08 p.m. and 7:16 p.m., and in Springfield, Illinois at 9:25 p.m. PR/TT data shows contact with 217-520-4698 (EALEY) at 12:27 a.m. and 1:42 p.m., with 217-619-4442 (SMITH) at 2:35 p.m., 7:16 p.m., and 9:41 p.m., and with 217-520-4408 (FISHER) at 8:48 p.m.

230.    On May 2, 2018, phone location data on 217-622-8027 shows the phone in Springfield, Illinois at 7:46 p.m., in the Chicago area at 11:04 a.m., and in Clayton, Missouri at 11:12 p.m.  PR/TT data shows contact with 217-619-4442 (SMITH) at 11:07 a.m. and 4:49 p.m. and with 217-520-4408 (FISHER) at 2:02 a.m.

231.    On May 2, 2018, the Illinois State Police conducted a traffic on I-55 near mile marker 116 on the white Chrysler 300 with Illinois license plate 780405, the vehicle that JOHNSON frequently operates. The vehicle at the time of the stop was being driven by a subject identified as AARON A. WILDER-BAY. JOHNSON was identified as the front seat passenger. JOHNSON told the ISP Trooper that they were returning from shopping in Chicago. The ISP Trooper noticed that both JOHNSON and WILDER-BAY each had two cellular telephones on their person.

232.    PR/TT data on 217-622-8027 (target phone) shows twelve (12) contacts with 305-414-4906, the cellular telephone registered to AAHROWN WILDER-BAY with an address of 1960 E. Wood Street Decatur, Illinois, since January 19, 2018.

58

233.    On May 3, 2018, phone location data on 217-622-8027 shows the phone in

Clayton, Missouri at 6:08 a.m., at the Salt Lake City Airport at 11:15 p.m., near the Sacramento,

California International Airport between 1:53 p.m. and 2:09 p.m., in Tehama County, California

at 5:07 p.m., in Shasta County, California between 6:27 p.m. and 7:11 p.m., in Redding,

California at 8:58 p.m., and in the Central Business District of Sacramento, California at 11:55

p.m.  PR/TT data shows contact with 913-325-7956 (ALLEN) at 6:08 a.m. Cell-site information

relating to 913-325-7956 (ALLEN) places that cellular telephone in Salt lake City, Utah at

approximately 10:19 a.m.

234.    On May 4, 2018, phone location data on 217-622-8027 shows the phone at the

Sacramento, California Airport between 9:29 a.m. and 9:43 a.m.

235.    Analysis of the PR/TT on 217-622-8027 **(target phone)** between January 19,

2018 and April 30, 2018 shows two-hundred and thirty-eight (238) contacts with 217-619-4442

(SMITH), eighty-four (84) contacts with 217-412-2171 (BURTON), seventy-four (74) contacts

with 217-520-4698 (EALEY), two-hundred and thirteen (213) contacts with 816-724-4113

(HICKS), one-hundred and four (104) contacts with 913-325-7956 (JAMES ALLEN), and two-

hundred and nine (209) contacts with 217-520-4408 (FISHER).

236.    Based on the analysis of the phone locator data and PR/TT records I would state

that JOHNSON is utilizing 217-622-8027 **(target phone)** and I would also state that JOHNSON

uses the target phone to communicate with HICKS, ALLEN, SMITH, and others regarding the

distribution of cocaine and cannabis.

237.    Through the use of the data received by utilizing the phone locator technique,

Investigators have been able to identify when JOHNSON is in the Decatur, Illinois area meeting

with members of the JOHNSON DTO which assists Investigators in utilizing surveillance

techniques to corroborate JOHNSON's association with members of the DTO and to potentially identify unknown members of the DTO. This technique has also identified many local and out-of-state trips that JOHNSON has taken. This technique in conjunction with the PR/TT data is assisting Investigators in identifying JOHNSON's contacts and potential suppliers of illegal narcotics.

238.    Based on the totality of the events described above and my knowledge of the investigation to date, I believe that there is probable cause to believe that the location information described in Attachment B of this affidavit will constitute evidence of federal criminal drug violations, and will lead to the identification of individuals who are engaged in the commission of these offenses.

239.    The capability to obtain the location of the 217-622-8027 (**target cell phone**) for the next 30 days would assist law enforcement in identifying the location of JOHNSON while meeting with narcotics suppliers, identifying potential stash houses or storage units being used to store narcotics and the proceeds of narcotic sales, and the co-conspirators as well as alerting law enforcement that the individual possessing that particular device is potentially traveling within the Central District of Illinois and elsewhere for the purposes of distributing narcotics.

240.    In my training and experience, I have learned that Verizon is a company that provides cellular telephone access to the general public. I also know that providers of cellular telephone service have technical capabilities that allow them to collect and generate at least two kinds of information about the locations of the cellular telephones to which they provide service: (1) E-911 Phase II data, also known as GPS data or latitude-longitude data, and (2) cell-site data, also known as "tower/face information" or cell tower/sector records. E-911 Phase II data provides relatively precise location information about the cellular telephone itself, either via GPS

tracking technology built into the phone or by triangulating on the device's signal using data from several of the provider's cell towers. Cell-site data identifies the "cell towers" (i.e., antenna towers covering specific geographic areas) that received a radio signal from the cellular telephone and, in some cases, the "sector" (i.e., faces of the towers) to which the telephone connected. These towers are often a half-mile or more apart, even in urban areas, and can be 10 or more miles apart in rural areas. Furthermore, the tower closest to a wireless device does not necessarily serve every call made to or from that device. Accordingly, cell-site data is typically less precise that E-911 Phase II data.

241. Cell providers may also have the ability to provide distance to the tower (also known as Real Time Tool, RTT, Per Call Measurement Data, PCMD, timing advance, TA, etc) for communications that occur between the cellular device and the network elements.

242. Based on my training and experience, I know that Verizon can collect location data about the location of the Target Cell Phone, including by initiating a signal to determine the location of the Target Cell Phone on Verizon's network or with such other reference points as may be reasonably available.

243. Based on my training and experience, I know that Verizon can collect cell-site data about the Target Cell Phone.

## AUTHORIZATION REQUEST

244. Based on the foregoing, I request that the Court issue the proposed search warrant, pursuant to Federal Rule of Criminal Procedure 41 and 18 U.S.C. § 2703(c).

245. I further request, pursuant to 18 U.S.C. § 3103a(b) and Federal Rule of Criminal Procedure 41(f)(3), that the Court authorize the officer executing the warrant to delay notice until 30 days after the collection authorized by the warrant has been completed. There is reasonable

cause to believe that providing immediate notification of the warrant may have an adverse result, as defined in 18 U.S.C. § 2705. Providing immediate notice to the subscriber or user of the Target Cell Phone would seriously jeopardize the ongoing investigation, as such a disclosure would give that person an opportunity to destroy evidence, change patterns of behavior, notify confederates, and flee from prosecution. *See* 18 U.S.C. § 3103a(b)(1). As further specified in Attachment B, which is incorporated into the warrant, the proposed search warrant does not authorize the seizure of any tangible property. *See* 18 U.S.C. § 3103a(b)(2). Moreover, to the extent that the warrant authorizes the seizure of any wire or electronic communication (as defined in 18 U.S.C. § 2510) or any stored wire or electronic information, there is reasonable necessity for the seizure for the reasons set forth above. *See* 18 U.S.C. § 3103a(b)(2).

246.    I further request that the Court direct Verizon to disclose to the government any information described in Attachment B that is within the possession, custody, or control of Verizon. I also request that the Court direct Verizon to furnish the government all information, facilities, and technical assistance necessary to accomplish the collection of the information described in Attachment B unobtrusively and with a minimum of interference with Verizon's services, including by initiating a signal to determine the location of the Target Cell Phone on Verizon's network or with such other reference points as may be reasonably available, and at such intervals and times directed by the government. The government shall reasonably compensate Verizon for reasonable expenses incurred in furnishing such facilities or assistance.

247.    I further request that the Court authorize execution of the warrant at any time of day or night, owing to the potential need to locate the Target Cell Phone outside of daytime hours.

248.    I further request that the Court order that all papers in support of this application, including the affidavit and search warrant, be sealed until further order of the Court.  These documents discuss an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation.  Accordingly, there is good cause to seal these documents because their premature disclosure may seriously jeopardize that investigation.

Respectfully submitted,
s/MARK T. HILL


Mark T. Hill
Special Agent
Federal Bureau of Investigation


Subscribed and sworn to before me on May ___, 2018

s/ERIC I. LONG


ERIC I. LONG
UNITED STATES MAGISTRATE JUDGE

63

## ATTACHMENT A

### Property to Be Searched

1. The cellular telephone assigned call number **217-622-8027,** (the "Target Cell Phone"), with International Mobile Equipment Identifier 355839086679612 whose wireless service provider is Verizon, a company headquartered at 1095 Avenue of the Americas, New York, New York.

2. Information about the location of the Target Cell Phone that is within the possession, custody, or control of Verizon including information about the location of the cellular telephone if it is subsequently assigned a different call number.

**ATTACHMENT B**

**Particular Things to be Seized**

All information about the location of the Target Cell Phone described in Attachment A for a period of thirty days, during all times of day and night. "Information about the location of the Target Cell Phone" includes all available E-911 Phase II data, GPS data, latitude-longitude data, "Ping" data (LBS), and other precise location information, as well as all data about which "cell towers" (i.e., antenna towers covering specific geographic areas) and "sectors" (i.e., faces of the towers) received a radio signal from the cellular telephone described in Attachment A.

To the extent that the information described in the previous paragraph (hereinafter, "Location Information") is within the possession, custody, or control of Verizon, Verizon is required to disclose the Location Information to the government. In addition, Verizon must furnish the government all information, facilities, and technical assistance necessary to accomplish the collection of the Location Information unobtrusively and with a minimum of interference with Verizon's services, including by initiating a signal to determine the location of the Target Cell Phone on Verizon's network or with such other reference points as may be reasonably available, and at such intervals and times directed by the government. The government shall compensate Verizon for reasonable expenses incurred in furnishing such facilities or assistance.

This warrant does not authorize the seizure of any tangible property. In approving this warrant, the Court finds reasonable necessity for the seizure of the Location Information. *See* 18 U.S.C. § 3103a(b)(2).